UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO.: 8:10-CV-01541-RAL-TBM

NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, P.A. and COMMERCE and INDUSTRY
INS. CO.,

    Plaintiff,

vs.

ROBERT C. PATE, as Trustee for the WCI,
BETA CONSTRUCTIO, LLC f/k/a BETA DRYWALL, LLC
and FINEST DRYWALL, INC.,

    Defendants.

_____/

### DEFENDANT FINEST DRYWALL, INC.'S UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

Defendant, Finest Drywall, Inc. (hereinafter referred as "Defendant") moves this Court for entry of an Order enlarging the time for Defendant to respond to Plaintiff's Complaint, and as grounds therefore, states as follows:

1. Undersigned counsel was retained to represent Defendant, FINEST DRYWALL, INC.

2. Due to undersigned counsel's involvement in other matters and additional time necessary to meet and discuss the complaint with Defendant, counsel for Defendant seeks an enlargement of time to respond to the Complaint.

3. Prior to filing the subject motion, undersigned counsel contacted Plaintiff's counsel and Plaintiff's counsel does not oppose the subject extension.

**WHEREFORE**, Defendant, Finest Drywall, Inc. respectfully requests this Court enter an Order granting an extension of time up through and including September 3, 2010, within which to file and serve its response to the Complaint.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 26, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Cindy L. Ebenfeld, Esq., 11011 Sheridan Street, Suite 104, Cooper City, Florida 33026.

LAW OFFICE OF ALEXIS GONZALEZ, P.A.
9755 SW 40th Terrace
Miami, FL 33165
Telephone: 305-223-9999
Facsimile: 305-223-1880

_____/s/_____
Albert E. Acuna
Florida Bar No. 545791
E-mail: albert@aglawpa.com