## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and COMMERCE AND INDUSTRY INSURANCE COMPANY<br><br>Plaintiffs,<br><br>v.<br><br>BETA CONSTRUCTION LLC f/k/a BETA DRYWALL LLC; FINEST DRYWALL, INC.; and ROBERT C. PATE, as Trustee for the WCI Chinese Drywall Trust;<br><br>Defendants. | Case No. 8:10-cv-01541-RAL-TBM |

**NOTICE OF COMPLIANCE WITH AUGUST 2, 2010 ORDERS [DOC. NOS. 8, 9]**

NOW COME Sara U. Gattie and Jocelyn P. Jopa, co-counsel for National Union Fire Insurance Company of Pittsburgh, PA and Commerce and Industry Insurance Company ("Plaintiffs"), and hereby state as follows:

1. On August 2, 2010, the Court entered Orders requiring Sara U. Gattie and Jocelyn P. Jopa register for CM/ECF, enter an email address in their CM/ECF accounts, and electronically file a notice of compliance with this Court's Orders within thirty (30) days [Doc. Nos. 8, 9].

2. On August 17, 2010, Sara U. Gattie and Jocelyn P. Jopa filed unopposed motions to appear *pro hac vice* as counsel for Plaintiffs [Doc. Nos. 11, 12].

3. On August 18, 2010, this Court entered an order granting the *pro hac vice* admissions of Sara U. Gattie and Jocelyn P. Jopa [Doc. No. 14].

2

4. On August 20, 2010, Sara U. Gattie and Jocelyn P. Jopa registered for CM/ECF and entered an email address in their CM/ECF accounts, in accordance with this Court's August 2, 2010 Order.

WHEREFORE, Sara U. Gattie and Jocelyn P. Jopa, as counsel for Plaintiffs, respectfully give the Court notice of their full compliance with this Court's August 2, 2010 Orders.

August 31, 2010                                       Respectfully submitted,


                                                      /s/ Jocelyn P. Jopa, Esq.
                                                      Sara U. Gattie, Esq.
                                                      Jocelyn P. Jopa, Esq.
                                                      HINKHOUSE WILLIAMS WALSH LLP
                                                      180 N. Stetson Avenue, Suite 3400
                                                      Tel:  (312) 784-5400
                                                      Fax:  (312) 784-5499
                                                      sgattie@hww-law.com
                                                      jjopa@hww-law.com
                                                      *Co-Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **August 31, 2010,** a true and correct copy of the foregoing was electronically filed with the Court using CM/ECF. I also certify that a true and correct copy of the foregoing document is being served on the following counsel of record, via transmission of Notices of Electronic Filing generated by CM/ECF, this **31st day of August, 2010**:

Alexis Gonzalez, Esq.
Albert E. Acuna, Esq.
Law Offices of Alexis Gonzalez, P.A.
9755 SW 40th Terrace
Miami, FL 33165
Tel:   305-223-9999
Fax:   305-223-1880
alexis@aglawpa.com
albert@aglawpa.com
*Attorneys for Defendant Finest Drywall, Inc.*

Cindy L. Ebenfeld, Esq.
Fla. Bar No. 980579
Hicks, Porter, Ebenfeld & Stein, P.A.
11011 Sheridan Street, Suite 104
Cooper City, FL  33026
Tel:  (954) 624-8700
Fax: (954) 624-8064
cebenfeld@mhickslaw.com
*Co-Counsel for Plaintiffs*

/s/ Jocelyn P. Jopa, Esq.