**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

CASE NO.: 8:10-CV-01541-RAL-TBM

NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, P.A. and COMMERCE and INDUSTRY
INS. CO.,

    Plaintiff,

vs.

ROBERT C. PATE, as Trustee for the WCI,
BETA CONSTRUCTIO, LLC f/k/a BETA DRYWALL, LLC
and FINEST DRYWALL, INC.,

    Defendants.
_____/

## NOTICE OF ADOPTION AND JOINDER

Defendant, Finest Drywall, Inc. (hereinafter referred as "Defendant") by and through undersigned counsel, hereby files its Notice of Adoption and Joinder in Defendants' Motion to Dismiss or, in the Alternative, to Stay the Action or Transfer Venue to the United States District Court for the Eastern District of Louisiana and Supporting Memorandum of Law, as if the body of the Motion and the arguments contained therein were fully contained herein.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 2, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Cindy L. Ebenfeld, Esq., 11011 Sheridan Street, Suite 104, Cooper City, Florida 33026; Jocelyn P. Jopa and Joseph Hinkhouse, Hinkhouse Williams Walsh LLP, 180 N Stetson Ave., Suite 3400, Chicago, IL 60601 and Anna M. Piazza, Anderson Kill & Olick, PC, 43rd Floor, 1251 Avenue of the Americas, New York, NY 10020.

LAW OFFICE OF ALEXIS GONZALEZ, P.A.
9755 SW 40th Terrace
Miami, FL 33165
Telephone: 305-223-9999
Facsimile: 305-223-1880


_____/s/_____
Albert E. Acuna
Florida Bar No. 545791
E-mail: albert@aglawpa.com