UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO.: 8:10-CV-01541-RAL-TBM

NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, P.A. and COMMERCE and INDUSTRY
INS. CO.,

    Plaintiff,

vs.

ROBERT C. PATE, as Trustee for the WCI,
BETA CONSTRUCTION, LLC f/k/a BETA DRYWALL, LLC
and FINEST DRYWALL, INC.,

    Defendants.
_____/

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendant, FINEST DRYWALL, INC. ("Finest") files its Certificate of Interested Persons and Corporate Disclosure Statement, and states as follows:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interested in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    National Union Fire Insurance Company of Pittsburg, P.A. and Commerce and Industry Ins Co., Robert C. Pate, as Trustee for the WCI, Beta Construction, LLC f/k/a Beta Drywall, LLC and Finest Drywall, Inc. Cindy L. Ebenfeld, Esq., 11011 Sheridan Street, Suite 104, Cooper City, Florida 33026 attorney representing National Union Fire Insurance Company of Pittsburg, P.A. and Commerce and Industry Ins Co. Jocelyn P. Jopa and Joseph Hinkhouse, Hinkhouse Williams Walsh LLP, 180 N Stetson Ave., Suite 3400, Chicago, IL 60601 attorneys representing National Union Fire Insurance Company of Pittsburg, P.A. and Commerce and Industry Ins Co. Anna M. Piazza, Anderson Kill & Olick, PC, 43rd Floor, 1251 Avenue of the Americas, New York, NY 10020 attorney representing Robert C. Pate, as Trustee for the WCI. Alexis Gonzalez, Esq., Albert E. Acuna, Esq. and the Law Office of Alexis Gonzalez, P.A., attorneys representing Finest Drywall, Inc.

1

2. the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

N/A

3. the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditor's committee (or twenty largest unsecured creditors) in bankruptcy cases:

N/A

4. the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

N/A. This is declaratory judgment action.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 3, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Cindy L. Ebenfeld, Esq., 11011 Sheridan Street, Suite 104, Cooper City, Florida 33026; Jocelyn P. Jopa and Joseph Hinkhouse, Hinkhouse Williams Walsh LLP, 180 N Stetson Ave., Suite 3400, Chicago, IL 60601 and Anna M. Piazza, Anderson Kill & Olick, PC, 43rd Floor, 1251 Avenue of the Americas, New York, NY 10020.

LAW OFFICE OF ALEXIS GONZALEZ, P.A.
9755 SW 40th Terrace
Miami, FL 33165
Telephone: 305-223-9999
Facsimile: 305-223-1880

/s/ ALBERT E. ACUNA
Albert E. Acuna
Florida Bar No. 545791
E-mail: albert@aglawpa.com