UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA, and
COMMERCE AND INDUSTRY INSURANCE
COMPANY,

    Plaintiffs,

v.                                                  CASE NO: 8:10-cv-1541-T-26TBM

BETA CONSTRUCTION LLC f/k/a
Beta Drywall LLC, FINEST DRYWALL, INC.,
and ROBERT C. PATE, as Trustee for the
WCI Chinese Drywall Trust,

    Defendants.
_____/

## O R D E R

Upon due consideration, it is ordered and adjudged that Plaintiff's Unopposed Motion for Extension of Time to Respond to Pate's Motion to Dismiss and Alternative Motion to Stay of Transfer Venue (Dkt. 21) is denied. The issues raised in the motion are not so complex that Plaintiff's counsel needs almost another month to respond to the motion. Plaintiff shall file its response on or before September 17, 2010.

**DONE AND ORDERED** at Tampa, Florida, on September 10, 2010.

                                          s/*Richard A. Lazzara*
                                          **RICHARD A. LAZZARA**
                                          **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record