**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and COMMERCE AND INDUSTRY INSURANCE COMPANY<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>BETA CONSTRUCTION LLC f/k/a BETA DRYWALL LLC; FINEST DRYWALL, INC.; and ROBERT C. PATE, as Trustee for the WCI Chinese Drywall Trust;<br><br>　　　　Defendants. | Case No. 8:10-cv-01541-RAL-TBM |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO HOLD A CASE MANAGEMENT MEETING AND FILE A CASE MANAGEMENT REPORT IN ACCORDANCE WITH THE COURT'S JULY 21, 2010 ORDER [D.E. 5]**

NOW COME Plaintiffs, National Union Fire Insurance Company of Pittsburgh, PA ("National Union") and Commerce and Industry Insurance Company ("CIIC"), and move this Court for an order enlarging the time for the parties to respond to meet and file the Case Management Report and hereby state as follows:

1. Plaintiffs filed the instant action on July 13, 2010 [D.E. 1].

2. Defendant Finest Drywall, Inc. was served on July 16, 2010 and filed its responsive pleading on September 3, 2010 [D.E. 19].

3. Defendant Robert C. Pate filed his responsive pleading on September 2, 2010 [D.E. 17].

4. Defendant Beta Construction LLC f/k/a Beta Drywall LLC has not yet filed a responsive pleading.

5. On July 21, 2010, this Court entered an Amended Related Case Order [D.E. 5] designating the instant matter as a Track Two case and providing that counsel "shall meet within sixty days after service of the complaint upon any defendant for the purpose of preparing and filing a Case Management Report."

6. In accordance with the Court's July 21, 2010 Order, the Case Management Report is due September 14, 2010.

7. Due to the recent appearance of Defendants Finest Drywall, Inc. and Robert C. Pate, and the present absence of Defendant Beta Construction LLC f/k/a Beta Drywall LLC from these proceedings, Plaintiffs request additional time so that the parties may hold the Case Management Conference and prepare the Case Management Report for filing.

8. In addition, Plaintiffs' Lead Counsel, Joseph A. Hinkhouse is presently engaged as Lead Counsel in a binding arbitration scheduled to conclude the week of September 20, 2010.

9. The parties are presently working together to schedule a conference call the week of September 20, 2010.

10. Plaintiffs' counsel conferred with counsel for Pate and Finest on September 9, 2010 and both parties do not oppose an extension of time to October 5, 2010.

11. This Motion is not intended for the purpose of delay and no parties will be prejudiced by granting the extension requested. No further extension of time will be sought.

WHEREFORE, Plaintiffs request that this Honorable Court enter an Order granting Plaintiffs an extension of time, to and including October 5, 2010, to file the Case Management Report.

September 10, 2010                                    Respectfully submitted,


                                          /s/ Jocelyn P. Jopa, Esq.
                                          Joseph A. Hinkhouse
                                          Sara Uffelman Gattie
                                          Jocelyn Jopa
                                          HINKHOUSE WILLIAMS WALSH
                                          180 North Stetson Street, Suite 3400
                                          Chicago, Illinois  60601
                                          Phone:  (312) 784-5454
                                          Fax:  (312) 784-5494
                                          E-mail:   jhinkhouse@hww-law.com
                                                          sgattie@hww-law.com
                                                          jjopa@hww-law.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on **September 10, 2010,** a true and correct copy of the foregoing was electronically filed with the Court using CM/ECF. I also certify that a true and correct copy of the foregoing document is being served on the following counsel of record, via transmission of Notices of Electronic Filing generated by CM/ECF, this **10th day of September, 2010**:

Robert M. Horkovich, Esq.
Anna M. Piazza, Esq.
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020
Tel:  212-278-1000
Fax: 212-278-1733
rhorkovich@andersonkill.com
apiazza@andersonkill.com
*Attorneys for Defendant Robert C. Pate,*
*As Trustee for the WCI Chinese Drywall Trust*

Alexis Gonzalez, Esq.
Albert E. Acuna, Esq.
Law Offices of Alexis Gonzalez, P.A.
9755 SW 40th Terrace
Miami, FL 33165
Tel:  305-223-9999
Fax: 305-223-1880
alexis@aglawpa.com
albert@aglawpa.com
*Attorneys for Defendant Finest Drywall, Inc.*

Cindy L. Ebenfeld, Esq.
Fla. Bar No. 980579
Hicks, Porter, Ebenfeld & Stein, P.A.
11011 Sheridan Street, Suite 104
Cooper City, FL  33026
Tel:  954-624-8700
Fax: 954-624-8064
cebenfeld@mhickslaw.com
*Co-Counsel for Plaintiffs*

/s/ Jocelyn P. Jopa, Esq.

4821-3796-9671, v.  1