## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and COMMERCE AND INDUSTRY INSURANCE COMPANY<br><br>Plaintiffs,<br><br>v.<br><br>BETA CONSTRUCTION LLC f/k/a BETA DRYWALL LCC; FINEST DRYWALL, INC.; and ROBERT C. PATE, as Trustee for the WCI Chinese Drywall Trust;<br><br>Defendants. | CASE NO.: 8:10-cv-01541-RAL-TBM |

### DEFENDANT'S MOTION FOR LEAVE OF COURT TO FILE A REPLY MEMORANDUM IN SUPPORT OF HIS MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO STAY THE ACTION OR TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA

Pursuant to Local Rule 3.01(c), Defendant Robert C. Pate, as Trustee for the Chinese Drywall Trust (the "Trust"), hereby moves this Court for leave to file a reply memorandum in support of his motion to dismiss this action or, in the alternative, to stay or transfer it to the United States District Court for the Eastern District of Louisiana, where a first-filed, more comprehensive action is pending.

The Trust seeks this Court's permission to file a reply memorandum, not to exceed ten pages in length, to respond to several new issues and arguments that Plaintiffs National Union Fire Insurance Company of Pittsburgh, PA ("National Union") and Commerce and Industry Insurance Company ("CIIC") (collectively, "Plaintiffs") raise in their joint opposition memorandum. Specifically, The Trust seeks to address, among other issues: (1) Plaintiffs' incorrect and unsupported assertion

that the first-filed presumption depends upon the first-filed court's personal jurisdiction over the other defendants named in this action; (2) Plaintiffs' mischaracterization of how the parties and the court will be inconvenienced in the first-filed forum; and (3) a recent transfer of a similar, second-filed action to the Eastern District of Louisiana that weighs in favor of the Trust's motion to dismiss, stay or transfer this action.

Accordingly, the Trust respectfully requests leave of Court to file a reply memorandum in support of its motion to dismiss this action or, in the alternative, to stay, or transfer it to the United States District Court for the Eastern District of Louisiana.

## CERTIFICATION

Pursuant to Local Rule 3.01(g), counsel for the Trust conferred with Plaintiffs' counsel regarding this motion but the parties were unable to reach an agreement as to the resolution of this motion.

Dated: September 22, 2010

/s/ Anna M. Piazza
Robert M. Horkovich, Esq.
Anna M. Piazza, Esq.
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020
T: 212-278-1000
F: 212-278-1733
rhorkovich@andersonkill.com
apiazza@andersonkill.com

*Trial counsel for Defendant Robert C. Pate, as Trustee for the Chinese Drywall Trust*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2010, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.

/s/ Anna M. Piazza
Anna M. Piazza