UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA, and
COMMERCE AND INDUSTRY INSURANCE
COMPANY,

    Plaintiffs,

v.                                         CASE NO: 8:10-cv-1541-T-26TBM

BETA CONSTRUCTION, LLC f/k/a Beta
Drywall LLC; FINEST DRYWALL, INC.;
and ROBERT C. PATE, as Trustee for the WCI
Chinese Drywall Trust,

    Defendants.
_____/

**O R D E R**

Before the Court is Defendants' Motion for Reconsideration (Dkt. 29). After careful consideration of the motion and review of the applicable law, the Court finds that Defendants have failed to articulate any clear or manifest error, or any other conceivable ground, warranting reconsideration. That another district judge in the Middle of District of Florida decided to exercise discretion on a different record in a different manner, is of no precedential value to the case at hand. Defendants failed to mention that another judge in the Southern District of Florida found the first-to-file rule inapplicable in a case related

to one of the cases cited to this Court in their motion.[1] To the extent, Defendants claim difficulty in understanding this Court's prior order and/or assert typographical errors, the Court will enter an amended order forthwith. The Motion for Reconsideration (Dkt. 29) is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, on October 5, 2010.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record

---

[1] See Mid-Continent Casualty Co. v. Pate, 2:10-cv-121-FtM-36DNF, docket 82, Exhibit A, citing Mid-Continent Casualty Co. v. Precision Drywall, Inc., 10-80457-CIV-Seitz/O'Sullivan (S.D. Fla. June 22, 2010).