**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and COMMERCE AND INDUSTRY INSURANCE COMPANY,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>BETA CONSTRUCTION LLC f/k/a BETA DRYWALL LLC; FINEST DRYWALL, INC.; and ROBERT C. PATE, as Trustee for the WCI Chinese Drywall Trust,<br><br>　　　　　Defendants. | CASE NO.: 8:10-cv-1541-RAL-TBM |

**NOTICE OF APPEARANCE**

To:　The Clerk of Court and all parties of record

　　I am admitted to practice in this court, and I appear in this case as counsel for Defendant, Robert C. Pate, as Trustee for the Chinese Drywall Trust.

　　I HEREBY CERTIFY that on October 6, 2010, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court by using the CM/ECF system which will

send a notice of electronic filing to counsel of record.

   /s/ Michael J. Ryan
Michael J. Ryan, Esq.
Florida Bar No. 975990
Krupnick Campbell Malone Buser Slama
Hancock Liberman and McKee, P.A.
12 S.E. 7 Street
Suite 801
Ft. Lauderdale, FL  33301
T:  954-763-8181
F:  954-763-8292
mryan@krupnicklaw.com

*Local counsel for Defendant Robert C. Pate,
as Trustee for the Chinese Drywall Trust*