# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, P.A. and COMMERCE AND INDUSTRY INS. CO., <br><br> Plaintiffs, <br><br> v. <br><br> BETA CONSTRUCTION, LLC f/k/a BETA DRYWALL, LLC, FINEST DRYWALL, INC., and ROBERT C. PATE, as Trustee for the WCI, <br><br> Defendants. | Case No. 8:10-CV-01541-RAL-TBM |

## PLAINTIFFS' NOTICE OF FILING
## PROOF OF SERVICE/RETURN OF SERVICE FOR BETA CONSTRUCTION, LLC

PLEASE TAKE NOTICE that Plaintiffs file the attached Proof of Service and Return of Service for Beta Construction, LLC, pursuant to Rule 4(m) and in compliance with this Court's Order dated October 26, 2010 (DE 39).

                                                Respectfully submitted,

/s/ Cindy L. Ebenfeld
Cindy L. Ebenfeld, Esq.
Florida Bar No. 0980579
HICKS, PORTER, EBENFELD & STEIN, P.A.
11011 Sheridan Street, Suite 104
Cooper City, Florida 33026
Tel: (954) 624-8700
Fax: (954) 624-8064
cebenfeld@mhickslaw.com
*Co-Counsel for Plaintiff*

Joseph A. Hinkhouse, Esq.
Sara U. Gattie, Esq.
Jocelyn P. Jopa, Esq.
HINKHOUSE WILLIAMS WALSH LLP

180 N. Stetson Avenue, Suite 3400
Chicago, Illinois 60601
Tel: (312) 784-5400
Fax: (312) 784-5499
jhinkhouse@hww-law.com
suffelman@hww-law.com
jjopa@hww-law.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **October 27, 2010**, a true and correct copy of the foregoing was electronically filed with the Court using CM/ECF. I also certify that a true and correct copy of the foregoing document is being served on the following counsel of record, via transmission of Notices of Electronic Filing generated by CM/ECF or mail, this **27th day of October, 2010**:

| | |
|---|---|
| Robert M. Horkovich, Esq.<br>Anna M. Piazza, Esq.<br>Anderson Kill & Olick, P.C.<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Tel: 212-278-1000<br>Fax: 212-278-1733<br>rhorkovich@andersonkill.com<br>apiazza@andersonkill.com<br>*Attorneys for Defendant Robert C. Pate,*<br>*As Trustee for the WCI Chinese Drywall Trust* | Alexis Gonzalez, Esq.<br>Albert E. Acuna, Esq.<br>Law Offices of Alexis Gonzalez, P.A.<br>9755 SW 40th Terrace<br>Miami, FL 33165<br>Tel: 305-223-9999<br>Fax: 305-223-1880<br>alexis@aglawpa.com<br>albert@aglawpa.com<br>*Attorneys for Defendant Finest Drywall, Inc.* |
| Cindy L. Ebenfeld, Esq.<br>Fla. Bar No. 980579<br>Hicks, Porter, Ebenfeld & Stein, P.A.<br>11011 Sheridan Street, Suite 104<br>Cooper City, FL 33026<br>Tel: 954-624-8700<br>Fax: 954-624-8064<br>cebenfeld@mhickslaw.com<br>*Co-Counsel for Plaintiffs* | **Via Mail:**<br>Beta Construction LLC<br>c/o Stephen Feldman<br>5 Soundview Lane<br>Great Neck, NY 11024<br>and<br>Beta Constrctuion LLC<br>c/o UPS Store Box<br>6586 Hypoluxo Road<br>Lake Worth, FL |
| Michael J. Ryan, Esq.<br>Krupnick Campbell Malone Buser Slama Hanc<br>Liberman and McKee, P.A. | |

| | |
|---|---|
| 12 SE 7th Street, Suite 801<br>Ft. Lauderdale, FL 33301<br>Tel: 954-763-8181<br>Fax: 954-763-8292<br>mryan@krupnicklaw.com<br>*Local Counsel for Defendant Pate* | |

/s/ Cindy L. Ebenfeld

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.: 8:10-cv-0541-RAL-TBM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Beta Construction, LLC, c/o Stephen Feldman 5 Soundview Lane, Great Neck, NY 11024

was received by me on *(date)* 8/6/2010

☐ I personally served the summons on the individual at *(place)* 5 Soundview La Great Neck on *(date)* 8/16/2010 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Steven Feldman, who is designated by law to accept service of process on behalf of *(name of organization)* Beta Construction 8/16/2010 at 630 pm on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

Jordan Price  process server
*Printed name and title*

PROCESS SERVICES, INC
8330 STATE ROAD 84
FORT LAUDERDALE, FL 33324
954-474-4867
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## District of Florida

Case Number: 8:10-1CV-01541-RAL-TBM

MJD2010017775

Plaintiff:
**NATIONAL UNION FIRE INS. CO. OF PITTSBURGH, PA AND COMMERCE AND INDUSTRY INS. CO.**

vs.

Defendant:
**BETA CONSTRUCTION LLC f/k/a/ BETA DRYWALL LLC; FINEST DRYWALL, INC, ROBERT C. PATE, AS TRUSTEE FOR THE WCI**

For:
Cindy L. Ebenfeld, Esq.
Hicks, Porter, Ebenfeld & Stein, P.A.
11011 Sheridan St.
Suite 104
Cooper City, FL 33026

Received by PROCESS SERVICES INC. on the 22nd day of July, 2010 at 12:53 pm to be served on **Beta Construction, LLC, c/o Registered Agent, B. Michael Watkins, 6601 Lyons Road, A-3, Coconut Creek, FL 33073.**

I, Alan J. Cutler, do hereby affirm that on the **31st day of July, 2010** at **11:15 am**, I:

**SERVED** at the address provided for the defendant/witness because it was found to be a valid mail box pursuant to Florida Statute 48.031 (6). I did confirm that the defendant/witness does have an active mail box at this location. I then forwarded the **Summons in a Civil Action, Plaintiff's Corporate Disclosure Statement Pursuant To FRCP.7.1, Civil Cover Sheet, Complaint with Exhibits** with the date and time of service endorsed thereon by me to **LISA TICKERHOOF AS THE SALES ASSOCIATES** who is authorized to accept the court document(s). I concluded by informing this person of the contents therein.

**Additional Information pertaining to this Service:**
SERVED LISA TICKERHOOF AT THE ADDRESS OF 6586 HYPOLUXO ROAD LAKE WORTH FL. WHO IS AN EMPLOYEE OF THE UPS STORE AS A SALES ASSOCIATE. LISA CONFIRMED THAT BETA CONSTRUCTION LLC DOES HAVE AN ACTIVE PRIVATE MAIL BOX AND SHE CAN ACCEPT ON THEIR BEHALF.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the judicial circuit in which the process was served. Under Penalties of Purjury, I Declare I have Read the Foregoing Document and the Facts Stated in it are True. No Notary is Required Pursuant to Florida State Statute 92.525(2)

Alan J. Cutler
Court Officer #843

PROCESS SERVICES INC.
8330 West State Road 84
Fort Lauderdale, FL 33324
(954) 474-4867

Our Job Serial Number: MJD-2010017775
Ref: 17775

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4e