addres

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## District of Florida

Case Number: 8:10-1CV-01541-RAL-TBM

MJD2010017775

**Plaintiff:**
NATIONAL UNION FIRE INS. CO. OF PITTSBURGH, PA AND COMMERCE AND INDUSTRY INS. CO.

vs.

**Defendant:**
BETA CONSTRUCTION LLC f/k/a/ BETA DRYWALL LLC; FINEST DRYWALL, INC, ROBERT C. PATE, AS TRUSTEE FOR THE WCI

For:
Cindy L. Ebenfeld, Esq.
Hicks, Porter, Ebenfeld & Stein, P.A.
11011 Sheridan St.
Suite 104
Cooper City, FL 33026

Received by PROCESS SERVICES INC. on the 22nd day of July, 2010 at 12:53 pm to be served on **Beta Construction, LLC, c/o Registered Agent, B. Michael Watkins, 6601 Lyons Road, A-3, Coconut Creek, FL 33073.**

I, Alan J. Cutler, do hereby affirm that on the **31st day of July, 2010 at 11:15 am**, I:

**SERVED** at the address provided for the defendant/witness because it was found to be a valid mail box pursuant to Florida Statute 48.031 (6). I did confirm that the defendant/witness does have an active mail box at this location. I then forwarded the **Summons in a Civil Action, Plaintiff's Corporate Disclosure Statement Pursuant To FRCP.7.1, Civil Cover Sheet, Complaint with Exhibits** with the date and time of service endorsed thereon by me to **LISA TICKERHOOF AS THE SALES ASSOCIATES** who is authorized to accept the court document(s). I concluded by informing this person of the contents therein.

**Additional Information pertaining to this Service:**
SERVED LISA TICKERHOOF AT THE ADDRESS OF 6586 HYPOLUXO ROAD LAKE WORTH FL. WHO IS AN EMPLOYEE OF THE UPS STORE AS A SALES ASSOCIATE. LISA CONFIRMED THAT BETA CONSTRUCTION LLC DOES HAVE AN ACTIVE PRIVATE MAIL BOX AND SHE CAN ACCEPT ON THEIR BEHALF.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the judicial circuit in which the process was served. Under Penalities of Purjury, I Declare I have Read the Foregoing Document and the Facts Stated in it are True. No Notary is Required Pursuant to Florida State Statute 92.525(2)

Alan J. Cutler
Court Officer #843

PROCESS SERVICES INC.
8330 West State Road 84
Fort Lauderdale, FL 33324
(954) 474-4867

Our Job Serial Number: MJD-2010017775
Ref: 17775

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4e