AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 8:10-cv-0541-RAL-TBM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Beta Construction, LLC, c/o Stephen Feldman 5 Soundview Lane, Great Neck, NY 11024</u>

was received by me on *(date)* <u>8/6/2010</u>.

☐ I personally served the summons on the individual at *(place)* <u>5 Soundview La</u> <u>Great Neck</u> on *(date)* <u>8/16/2010</u>; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Steven Feldman</u>, who is designated by law to accept service of process on behalf of *(name of organization)* <u>Beta Construction</u> <u>8/16/2010 at 6:30 PM</u> on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>0.00</u>.

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

Jordan Price process server
*Printed name and title*

PROCESS SERVICES, INC
8330 STATE ROAD 84
FORT LAUDERDALE, FL 33324
954-474-4867
*Server's address*

Additional information regarding attempted service, etc:



AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.: 8:10-cv-0541-RAL-TBM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Beta Construction, LLC, c/o Stephen Feldman 5 Soundview Lane, Great Neck, NY 11024
was received by me on *(date)* 8/6/2010

☐ I personally served the summons on the individual at *(place)* 5 Soundview La Great Neck on *(date)* 8/16/2010 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Steven Feldman, who is designated by law to accept service of process on behalf of *(name of organization)* Beta Construction 8/16/2010 at 630 pm on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

JORDAN PRICE   process server
*Printed name and title*

PROCESS SERVICES, INC
8330 STATE ROAD 84
FORT LAUDERDALE, FL 33324
954-474-4867
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| National Union Fire Ins. Co. of Pittsburgh, PA and Commerce and Industry Ins. Co. <br> *Plaintiff* <br> v. <br> Beta Construction LLC f/k/a Beta Drywall LLC; Finest Drywall, Inc.; Robert C. Pate, as Trustee for the WCI <br> *Defendant* | ) ) ) ) ) ) ) ) ) | Civil Action No. 1541 8:10-cv-0541-RAL-TBM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Beta Construction, LLC
c/o Stephen Feldman
5 Soundview Lane
Great Neck, NY 11024

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Cindy L. Ebenfeld, Esq.
Hicks, Porter, Ebenfeld & Stein, P.A.
11011 Sheridan Street, Suite 104
Cooper City, FL 33026
954-624-8700

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SHERYL L. LOESCH**

*CLERK OF COURT*

Date: 8/4/10

*Signature of Clerk or Deputy Clerk*