## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA and
COMMERCE AND INDUSTRY
INSURANCE COMPANY,

Plaintiffs,

- v-

CASE NO.:  8:10-cv-01541-RAL-TBM

BETA CONSTRUCTION LLC f/k/a BETA
DRYWALL LLC; FINEST DRYWALL, INC.;
and ROBERT C. PATE, as Trustee for the
WCI Chinese Drywall Trust,

Defendants.

## ASSENTED-TO MOTION OF DEFENDANT ROBERT C. PATE FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Defendant, Robert C. Pate ("Pate"), as Trustee for the Chinese Drywall Trust,

hereby moves this Court to extend the time in which Pate may file a response to the

motion for summary judgment of Plaintiffs, National Union Fire Insurance Company

of Pittsburgh, PA and Commerce and Industry Insurance Company (collectively,

"Plaintiffs").  In support of this motion, Pate states that he requires additional time to

thoroughly address Plaintiffs' motion, which is set forth in a 23-page brief and relies

on approximately 500 pages of exhibits.

Pate's response to Plaintiffs' motion for summary judgment currently is due

July 29, 2011.  Pate respectfully requests that this Court allow Pate seven additional

days, or until August 5, 2011, in which to file his response.

## CERTIFICATION PURSUANT TO LOCAL RULE 3.01(g)

Counsel for Plaintiffs and Defendant Finest Drywall, Inc. assent to this motion.

Defendant Beta Construction LLC f/k/a Beta Drywall LLC has not appeared in this

action and could not be reached to discuss this issue.

Dated:     July 22, 2011                                   /s/ Anna M. Piazza
                                                    Robert M. Horkovich, Esq. (pro hac vice)
                                                    Anna M. Piazza, Esq. (pro hac vice)
                                                    Anderson Kill & Olick, P.C.
                                                    1251 Avenue of the Americas
                                                    New York, NY  10020
                                                    T:  212-278-1000
                                                    F:  212-278-1733
                                                    rhorkovich@andersonkill.com
                                                    apiazza@andersonkill.com

                                                    *Trial counsel for Defendant Robert C.
                                                    Pate, as Trustee for the Chinese Drywall
                                                    Trust*

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2011, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.

                                                    /s/ Anna M. Piazza
                                                    Anna M. Piazza, Esq.