UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO.: 8 :10-CV-01541-RAL-TBM

NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, P.A. and COMMERCE and INDUSTRY
INS. CO.,

    Plaintiff,

vs.

ROBERT C. PATE, as Trustee for the WCI,
BETA CONSTRUCTION, LLC f/k/a BETA DRYWALL, LLC
and FINEST DRYWALL, INC.,

    Defendants.
_____/

### DEFENDANT FINEST DRYWALL, INC.'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Defendant, FINEST DRYWALL, INC. (hereinafter referred to as "Finest") hereby moves this Court to extend the time in which Finest may file a response to the Motion for Summary Judgment of Plaintiffs, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, P.A. and COMMERCE and INDUSTRY, INSURANCE COMPANY (collectively, "Plaintiffs") and in support of this motion, Finest states:

    1.    Plaintiffs filed a Motion for Summary Judgment which consists of a twenty-three (23) page brief and relies on approximately five-hundred (500) of exhibits on July 15, 2011.

    2.    Finest's response to Plaintiffs' motion for summary judgment currently is due July 29, 2011.

    3.    Finest requires additional time to thoroughly address and respond to Plaintiffs' motion.

1

4.        Finest respectfully requests that this Court allow Finest seven additional days, or until August 5, 2011, in which to file his response.

5.        Finest conferred Defendant, Robert C. Pate, as Trustee for the Chinese Drywall Trust and he agreed to provide Finest an extension of time.

6.        Finest conferred with Plaintiffs and was advised that Plaintiffs have no objection to an extension of time until August 5, 2011.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 22, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Cindy L. Ebenfeld, Esq., 11011 Sheridan Street, Suite 104, Cooper City, Florida 33026.

**LAW OFFICE OF ALEXIS GONZALEZ, P.A.**
9755 SW 40th Terrace
Miami, FL 33165
Telephone: 305-223-9999
Facsimile: 305-223-1880

By: __s/_Lissette M. Carreras_____
    Lissette M. Carreras
    Florida Bar No. 18079
    E-mail: lcarreras@aglawpa.com