# EXHIBIT A



## SUBCONTRACTOR BASE AGREEMENT

**NAME OF COMPANY:**   **Beta Drywall, Inc.**
**SOCIAL SECURITY # OR TAX ID #:**
**NAME OF OWNERS:**
**HOME ADDRESS:**
**HOME PHONE:**
**BUSINESS ADDRESS:**   **6601 Lyons Road Suite I-10 Coconut Creek, FL 33073**
**BUSINESS PHONE:**   **954 429-2842   Fax 954 429-0353**
**E-MAIL ADDRESS:**
**INSURANCE COMPANY:**
 **(WORKER'S COMPENSATION):**
 **(COMMERCIAL GENERAL LIABILITY):**
 **(AUTOMOBILE LIABILITY):**
**DATE:**                 **September 4, 2002**

This Subcontractor Base Agreement (this "Agreement"), together with the items and exhibits attached hereto, and any work orders, purchase orders, and job schedules subsequently issued by WCI, shall constitute the Agreement between WCI Communities, Inc. ("WCI"), 24301 Walden Center Drive, Bonita Springs, Florida 34134, and the undersigned subcontractor , Beta Drywall, Inc. ("Subcontractor"), in accordance with the following:

1.    The work to be performed by the Subcontractor ("Work") hereunder is generally described as:  Drywall and Metal Framing

2.    The price and other payment terms and conditions are as follows:

3.    The following are the items and exhibits attached hereto:

> Exhibit "A"  –  General Conditions to Subcontractor Base Agreement ("General Conditions")
> Exhibit "B"  –  Scope of Work
> Exhibit "C"  –  Subcontractor Base Agreement Schedule of Values and Options
> Exhibit "D"  –  Payment Schedule Specifications for Subcontractor Base Agreement
> Exhibit "E"  –  Subcontractor Administration Letter
> Exhibit "F"  –  Plans and Specifications
> Exhibit "G"  –  [Not Used]
> Exhibit "H"  –  Form of Progress Payment Affidavit
> Exhibit "I"  –  Form of Final Payment Affidavit


_Subcontractor Initial

4.     Subcontractor shall perform all Work in a good workmanlike manner, and warrants that all labor and services performed, and all materials furnished by Subcontractor will meet or exceed FHA minimum property standards, VA requirements and any applicable federal, state and local building code requirements.

5.     Subcontractor further warrants that all materials and equipment used or incorporated in the Work shall be new, and that all labor, services and materials furnished by Subcontractor shall be free of defect for the periods set forth in the General Conditions attached hereto and made a part hereof.  Subcontractor agrees to make all repairs and correct such defects under the warranty within eight (8) hours of notice of such defect in an emergency and within forty-eight (48) hours of notice of such defect on a non-emergency basis. WCI shall determine whether an emergency exists, in its sole and absolute discretion.

6.     Subcontractor hereby assumes toward WCI all obligations and responsibilities that WCI assumes toward its customer and ultimate purchaser relative to the Subcontractor's Work, and Subcontractor agrees to be bound to WCI by all the provisions in WCI's contracts and agreements with its customer and ultimate purchaser that afford remedies and redress to such customer or ultimate purchaser from WCI.

7.     Subcontractor shall schedule all Work to the requirements of WCI. Subcontractor shall man the job with sufficient personnel to complete the Work on or before schedule.  Time is of the essence in the performance of Subcontractor's Work under this Agreement.

8.     All labor and materials furnished by the Subcontractor shall be in accordance with the plans and specifications set forth on Exhibit "F" attached hereto and made part hereof.  The Subcontractor shall keep a copy of such plans and specifications on each job while the Work is in progress.  Subcontractor acknowledges that Subcontractor is thoroughly familiar with the plans and specifications set forth on Exhibit "F" attached hereto and made part hereof, as such plans and specifications materially affect the Work contracted for herein.  The Subcontractor further acknowledges that the plans and specifications set forth on Exhibit "F" attached hereto and made part hereof are sufficient to enable the Subcontractor to complete its Work on or before schedule, and for the price set forth in paragraph 2 above, and that such plans and specifications include all Work, whether or not shown or described, which reasonably may be inferred to be required for the completion of the work in full compliance with all applicable codes, laws, ordinances and regulations.  The Subcontractor further acknowledges and agrees that, in the event of any conflicting provisions among or within such plans and specifications that cannot be resolved under Section 26 below or the "Precedence" section of the General Conditions, then, WCI shall, in its sole and absolute discretion, determine which of the conflicting requirements shall govern.  In the event Subcontractor discovers any such conflicting provisions, or any other discrepancies among or within such plans and specifications, the Subcontractor shall promptly notify WCI in writing of such discovery.  Failure of the Subcontractor to do so shall result in a waiver of any right the Subcontractor may have to additional compensation.

9.     The Subcontractor further acknowledges and represents to WCI that it has visited and examined the site upon which the Work under this Agreement shall be performed, that it has examined all conditions of every kind and nature that may effect the Work, and that it is fully familiar with all such conditions.  In connection therewith, the Subcontractor represents and warrants to WCI that it has, by careful examination, satisfied itself as to:  (a) the nature, location and character of the site, including, without limitation, surface and subsurface conditions that are


Subcontractor Initial

visually observable, all structures and obstructions pertaining thereto, both natural and man made, and all visually observable surface and subsurface conditions of the areas surrounding the site; (b) the nature and character of the area in which the project site is located, including, without limitation, site access, available laborer supply and cost, available equipment supply and cost; and (c) the quality and quantity of all materials, supplies, tools, equipment, labor and services of any kind necessary to complete the Work on or before schedule and for the price set forth in paragraph 2 above.

10.    Subcontractor shall clean the job site upon the completion of each stage removing all of Subcontractor's materials, and if materials are furnished by WCI, Subcontractor shall move all usable material designated by WCI to a location designated by WCI. All clean up refuse shall be placed in receptacles or locations provided or designated by WCI. *within 25' of site/home*

11.    Subcontractor shall furnish to WCI all warranties, guarantees and operations and maintenance documents from the manufacturers of the appliances and equipment included in the Work, and shall further furnish all certificates required by any WCI or by any lending institution or governmental agency having jurisdiction over the Work.

12.    Subcontractor, in performance of the Work covered hereby, is an independent subcontractor and shall have the sole discretion in the performance of such Work, save and except that the same must be performed in accordance with this Agreement and the plans and specifications set forth on Exhibit "F" attached hereto and made part hereof.

13.    Prior to the commencement of the Work hereunder, Subcontractor agrees to furnish certificates of insurance to WCI, covering worker's compensation, as required by law, employer's liability, public liability and automobile liability, with limits of not less than $1,000,000.00 per occurrence and in the aggregate. Such insurance coverage shall be sufficient to protect WCI, its institutional lenders, its customers, and their respective members, partners, officers, directors, employees, agents, legal representatives, heirs, successors and assigns, and each of them, from and against any claims, actions, causes of action, losses, damages, costs and expenses which may arise out of or result from the Subcontractor's Work under this Agreement and for which the Subcontractor may be legally liable, whether such operations be by the Subcontractor, by any of its sub-Subcontractors, or by anyone directly or indirectly employed by any of them, or any of them who may be liable.

14.    All insurance policies provided by the Subcontractor under this Agreement shall be acceptable to WCI and shall be issued by insurance companies meaning Best 2001 policy holder rating of "A+" or better and a financial rating of "Class X" or better, and all such insurance companies must be licensed to do business in the State of Florida. Additionally, WCI and its institutional lenders, if any, and their respective agents and employees, shall be named as additional named insureds and the subcontractor shall furnish WCI with an endorsement reflecting these additions prior to its commencement of the Work hereunder. All insurance company ratings shall be reflected on the certificates of insurance to be provided by Subcontractor hereunder.

All public liability insurance coverage to be provided by the Subcontractor hereunder shall include coverage for broad contractual liability, personal injury, bodily injury, advertising injury, property damage, operations, completed operations, products liability,


Subcontractor Initial

unintentional errors or omissions, fire damage, water damage, broad form discrimination, assault and battery, employee theft, professional liability, and such other coverages as WCI may require.

15.   All automobile liability insurance to be provided by the Subcontractor hereunder shall include coverage for the use of all owned, non-owned, leased and hired vehicles, with bodily injury and property damage single limits for each occurrence, each accident and in the aggregate.

All insurance policies to be provided by the Subcontractor hereunder shall contain a provision that such insurance will not be cancelled, materially changed or not renewed without at least thirty (30) days advance written notice to WCI by certified mail, return receipt requested. In the event of a failure of the Subcontractor to maintain said insurance, WCI shall have the right (but not the obligation) to take out and maintain the same coverages for all parties on behalf of the Subcontractor, who agrees to furnish all necessary information thereof and to pay the cost thereof to WCI upon presentation of a bill.

16.   Subcontractor shall be solely responsible for withholding taxes, social security taxes, and Florida unemployment taxes.

17.   Subcontractor agrees to comply with the requirements of the Williams-Steiger Occupational Safety and Health Act of 1970 and amendments thereof or similar laws or regulations and hereby releases and agrees to hold harmless, defend and indemnify WCI of, from and against any liability, losses, damages, costs and expenses of whatsoever nature because of Subcontractor's employees (or agents) injuries or negligence.

18.   Subcontractor agrees to indemnify, defend and hold harmless WCI of, from and against any and all losses, damages, claims, costs and expenses of whatsoever nature, arising out of the performance of the Work by Subcontractor, including but not limited to injuries to persons and/or property and including costs of court and reasonable attorney's fees.

(a)   Notwithstanding any term or provision contained herein to the contrary, Subcontractor hereby assumes the entire responsibility and liability for all Work, supervision, labor, services and materials provided hereunder, whether or not erected in place, and for all plant, scaffolding, tools, equipment, supplies and other things provided by Subcontractor until all final acceptance of the Work by WCI.

(b)   Subcontractor shall be liable to WCI for all costs WCI incurs as a result of Subcontractor's failure to perform this Agreement in accordance with the terms hereof. Subcontractor's failure to perform shall include the failure of its suppliers and of any subcontractors of any lower tier subcontractor to timely, safely or properly perform their Work. Subcontractor's liability shall include, but not be limited to, (i) damage and other delay costs payable to WCI, (ii) WCI's increased performance costs resulting from Subcontractor-caused delays or improper Subcontractor work, (iii) warranty and rework costs, (iv) liability to third parties, (v) costs of completion exceeding the subcontract price, and (vi) attorney's fees and related costs.


Subcontractor Initial

(c)     If, as a result, in whole or in part, of negligence (or other fact for which there is legal liability) Subcontractor, its employees, agents, material suppliers, or lower tier subcontractors, any person (including employees of Subcontractor) suffer injury or death or any property is damaged, lost or destroyed, Subcontractor assumes liability for the injury, death or property damage and agrees to hold WCI and its agents, servants, employees and sureties harmless. Subcontractor's liability pursuant to this Section 14 shall not be negated or avoided by any negligence of WCI, but Subcontractor shall not be liable for any loss caused by WCI negligence. Subcontractor's obligation under this Section 13 shall be in addition to any other indemnity obligations imposed by this Agreement or applicable law.

19.     Subcontractor shall continually perform in a professional manner the Work designated under this Agreement, and at a pace consistent with WCI completion schedule, and in the event Subcontractor shall not substantially so perform in a continuous manner and if Subcontractor shall fail to do so for three (3) consecutive days, WCI shall have the right to immediately terminate the employment of Subcontractor and declare Subcontractor in breach of this Agreement.

20.     In the event of breach of contract by Subcontractor, WCI  shall be entitled to retain all sums due Subcontractor under any Work Order and shall be entitled to cause the Work to be performed by others, and shall apply any sums then due Subcontractor against such cost of completion and thereafter to the costs of any applicable warranty, and after all warranties have expired, any excess shall be paid to Subcontractor.  In the event costs of such completion result in a deficiency, Subcontractor shall be fully responsible for the deficiency, together with any damages, costs of court, and reasonable attorney's fees incurred by WCI.

21.     At all times during the performance of this Agreement, WCI shall be entitled to hold, on all Work in progress, ten percent (10%) of the contract price set forth in section 2 above, and such other sums permitted by Florida law, until satisfactory completion of the Work.  To the extent allowed by law, Subcontractor waives his right to constitutional and statutory liens on any job not fully performed by Subcontractor.

22.     All notices to be sent to Subcontractor or WCI shall be in writing and shall be sent to their respective addresses shown above by certified mail, return receipt requested.

23.     This Agreement, the approved attachments and exhibits hereto, the plans and specifications set forth on Exhibit "F" attached hereto, and any work orders, purchase orders and job schedules subsequently issued by WCI, shall constitute the entire agreement between the parties, and there are no other agreements, oral or written, by and between the parties hereto. This Agreement may subsequently be modified, amended or changed only by work orders, purchase orders, job schedules and supplemental conditions issued by WCI, or otherwise in writing signed by WCI and the Subcontractor.

24.     Any failure of WCI to enforce any of the terms and provisions of this Agreement shall not constitute a waiver of such required performance by Subcontractor or of any other performances in the future required by Subcontractor hereunder.


Subcontractor Initial

25.     Payment terms are as set forth in Section 2 above and in the attached Subcontractor Administration Letter.

26.     Where there is an inconsistency in the contract documents, the following order of precedence applies: 1.    This Agreement; 2.    General Conditions; 3.    Subcontractor Administration Letter; 4. Specifications (insofar as quality of materials are concerned); 5. Plans (insofar as the form of the work is concerned).

27.     Authorization to commence Work will be by duly authorized work orders or purchase orders.

28.     Subcontractor shall furnish Waivers of Lien, Release of Liens and/or Final Affidavit of Release of Lien for any and all material, services and labor provided or supplied through Subcontractor at time of applicable payment.   Failure to do so will result in joint distribution of monies by WCI. In this regard, in the event WCI has reason to believe that it is in its best interest, WCI may make payment, on the Subcontractor's account, directly to any material supplier or lowered tiered subcontractor, or by joint check payable to the Subcontractor and such material supplier or lowered tiered subcontractor, less applicable retainage.   In that event, the amount so paid the material supplier or the lower tiered Subcontractor shall be deducted from any payment due the Subcontractor.   No direct or joint check payment by WCI hereunder, shall, however, create any obligation on the part of WCI to make any payment to any material supplier or lower tier Subcontractor, and no payment by WCI to any material supplier or lowered tier subcontractor shall create any obligation to make any further payments to any material supplier or lowered to your Subcontractor.

29.     This Agreement shall not be assigned, in whole or in part, nor shall any party's obligations hereunder be delegated or assigned, without the prior written consent of the other party, which consent may not be unreasonably withheld; provided, however, that WCI may, without Subcontractor's consent, assign this Agreement, in whole or in part, to an entity which controls or is controlled by WCI, or its common owners or affiliates, or to a WCI lender, with prior or subsequent notice to Subcontractor, and Subcontractor agrees to execute all consents reasonably required to facilitate such assignment(s).

30.     This Agreement shall be governed by the laws of the State of Florida. Any action to enforce or interpret this Agreement, in whole or in part, shall be brought only in a Court of competent jurisdiction in Ft. Myers, Lee County, Florida.

EXECUTED THIS THE ___12___ DAY OF _____, 200_2_

**WCI COMMUNITIES, INC.**          SUBCONTRACTOR: _____

BY:_____          BY:_____
        Division President

_____ Subcontractor Initial

# EXHIBIT "A"

WCI
Communities Inc.

# General Conditions To Subcontractor
# Base Agreement Between
# WCI Communities, Inc. ("WCI")

_BETA DRYWALL Inc.,_ ("Subcontractor") dated

_SEPT  12_ , 200__ (the "Agreement).

## PURPOSE OF THIS DOCUMENT

This document defines both WCI's and the Subcontractor's responsibilities in all the phases of construction. It is intended as a checklist that shall define WCI's standard of quality and professionalism. The Subcontractor's Work, as defined in the Agreement, shall not be considered complete until all specifications herein contained and/or referenced are fully met.

## RELATIONSHIP TO OTHER DOCUMENTS

Additional information and/or requirements are defined in:

- Selection Sheets
- Architectural Plans/Approved Plans
- Manufacturer's Specifications
- Applicable Building Codes
- Governmental Agencies Having Jurisdiction
- Normal Standards of the Industry
- Permit Option Sheets
- Specifications
- Production Schedules

All of the foregoing as considered part of the "Contract Documents", and are incorporated in the Agreement by reference. All definitions and capitalized terms used herein shall have the same meaning as in the Agreement.

Created: 2/22/01
Modified:3/13/01

Page 1 of 8


Subcontractor Initial

## EXAMINATION OF THE DOCUMENTS

- Subcontractor shall examine the drawings, specifications and other Contract Documents, shall visit the subdivision, and shall determine and judge for itself, as to the character of the proposed Work, physical conditions at the site and the locations of the existing utility connections.

## WORKMANSHIP

- The Subcontractor shall agrees that all Work under the Agreement shall commence, proceed diligently and shall be complete per the Scope of Work contained in the Agreement, any attachments or exhibits thereto, or any work orders or purchase orders subsequently issued by WCI. All Work shall proceed in accordance with a schedule satisfactory to and in the sequence of construction as directed by WCI. The subcontractor shall be responsible for passing any applicable and required building inspections, and for all re-inspection fees that are the result of its failure to pass inspection. The corrective action to pass the inspection shall be expeditious and within the time frame allotted by the WCI Construction Manager. Subcontractor shall provide an appropriate representative at the time of inspection.

- Work shall be performed in a timely, quality, professional and workmanlike manner. Completed Work and materials shall conform to the WCI's models except with written authorization from a WCI Construction Manager. Workmanship shall be equal to the best-accepted trade practices. There shall be no substitutions of material without written authorization from WCI.

- Subcontractor shall perform all Work under the Agreement in accordance to the city/county approved building plans. Failure to conform and perform work per the approved building plans may result in errors and costs that shall all be borne by the Subcontractor.

- Subcontractor shall use adequate numbers of skilled workers who are thoroughly trained and experienced in the necessary crafts, and who are completely familiar with the specified requirements and the methods needed for proper performance of the Work in this bid section.

- Subcontractor shall provide all tools, equipment, and vehicles necessary for the Work under the Agreement.

- Subcontractor shall provide all materials necessary to perform the Work under the Agreement.

Created: 2/22/01
Modified:3/13/01


Subcontractor Initial

## LICENSES AND PERMITS

- Subcontractor shall obtain and pay for all licenses and permits required for the Work (except the building permit). Subcontractor shall pay all fines and penalties imposed on Subcontractor or WCI for failure to obtain any necessary licenses, certificates or permits, or for violation of laws, ordinances, rules or regulations of any government authority with jurisdiction over the site or the Work by Subcontractor.

- Subcontractor shall retain such employees as be necessary for the successful and timely completion of the Work. Subcontractor's employees shall be licensed if required by the State, City, or County, and experienced and competent in performance of the Work in an efficient and workmanlike manner.

## INSTALLATION

- All installations shall be in accordance with manufacturer's printed instructions. Materials and workmanship shall conform, or exceed where specified, to all applicable Federal, State, and Local building and safety codes.

- WCI's Construction Manger shall check all Work after the installing Subcontractor, or its representative, has inspected the Work and made any necessary corrections. Payment for Work shall be approved and processed only after the Work to be performed has been 100% completed and found to be free of any defects, errors, omissions or discrepancies.

## JOB CONDITIONS

- WCI shall try to provide the best working conditions possible. However, the Subcontractor acknowledges and understands that the job conditions shall not be perfect. Subcontractor further agrees to perform any function as may be required to complete his/her to Work within WCI's overall construction schedule (inclusive of, but not limited to, weekend work), for the price set forth in paragraph 2 of the Agreement. In the event that the job is not ready for the Subcontractor, it shall refrain from performing said Work or correct previously performed Work until satisfactory performance, which shall be determined by WCI. Once the Subcontractor performs Work, it is responsible for the quality of Work and shall bear all the responsibility and cost for removal and replacement if necessary, and/or subsequent damage to the work of others.

## INSPECTION

- Subcontractor shall be responsible for inspecting any work of another subcontractor that may affect its own Work and shall report the results of such inspections in writing to WCI. Any defects in such Work upon discovery of the defect prior to commencing work under a work order or he shall be deemed to have accepted such work as correct and fit to be accommodated into its own. Liability for covering faulty workmanship shall be deemed the total cost of correction.

Created: 2/22/01
Modified:3/13/01

 Subcontractor Initial

- WCI shall have the right to inspect Subcontractor's Work at any time during its progress. WCI shall inspect the Work for quality and conformity with the plans and specifications and manufacture's installation instructions within 48 hours of notice of completion from the Subcontractor. Defects shall be corrected by the Subcontractor within 48 hours of Subcontractor's notice of such defects.

## SAFETY

- The Subcontractor shall be responsible for the initial maintaining and supervision of all safety precautions and programs in connection with its Work, in accordance with all governmental, federal, state, and local building codes and regulations. The aforementioned responsibilities shall include all rules, regulations, standards and amendments to Federal Occupational Safety and Health Act. Subcontractor shall immediately reinstall any safety rails it has removed – otherwise the Subcontractor may be fined $250 per violation. Any fines, penalties, or fees imposed by a government agency on WCI for any violation whatsoever, on the part of the subcontractor, shall be the full responsibility of the Subcontractor.

- Subcontractor shall immediately report to WCI any accident or occurrence on the job site resulting in bodily injury, death, illness or damage to property, material or equipment. As soon as possible after the occurrence of the accident, Subcontractor shall deliver to WCI a written report conforming to applicable laws detailing the circumstances, events and witnesses of any accident and a copy of written notice sent to the Subcontractor's insurance company. Subcontractor shall immediately comply with the request of WCI or its insurance company or agents for assistance and information concerning the accident and shall fully cooperate in any investigation of the accident.

## QUALIFICATIONS

- Subcontractor shall possess a certificate of competency or license for its trade when such certificate or license is required by the state, county, or municipal law. Subcontractor shall provide WCI with proof of such competency or license, and a certificate of insurance commensurate with the requirements of WCI prior to starting any work for WCI.

## PAYMENTS

- The Subcontractor shall obtain purchase orders for any and all Work prior to commencement. Failure to obtain purchase orders prior to commencement of such work shall to the extent allow by Law, constitute forfeiture of payment and lien rights. Subcontractor shall submit purchase order for payment within forty-five (45) days of completion of work. Subcontractor understands and agrees that to submit payment after ninety (90) days shall, to the extent allowed by Law, constitute forfeiture of payment and lien rights. In the event a purchase order is returned or not paid within thirty (30) days of being submitted it shall be resubmitted via certified mail.

Created: 2/22/01<br>
Modified: 3/13/01

_Subcontractor Initial

Page 4 of 8

- There shall be no payments made to any Subcontractor for material stored on the construction site or in a subcontractor warehouse. Any and all payments made by WCI shall be for work-in-place only.

- All Subcontractors shall be paid upon receipt of a properly executed work order. Payment shall be made in accordance with WCI's pay schedule. Payment shall be made only when Work described on the work order is 100% complete and acknowledged by the WCI Construction Manager's signature.

- All Subcontractors shall be liable for any fines or fees levied by OSHA, the Building Department and/or any governmental authority, due to their lack of performance or negligence.

## GUARANTEES

- The Subcontractor's Work shall be warranted and guaranteed for the periods set forth below. The warranty period begins to run on the date WCI conveys the property to its customer unless otherwise stated in the project conditions. Subcontractor agrees to make all repairs and correct such defects under the warranty within eight (8) hours of notice of such defect in an emergency and within forty-eight (48) hours of notice of such defect on a non-emergency basis. WCI shall determine the emergency.

- Structural elements are warranted against defects for a period of ten (10) years.

- Roofs are warranted against defects for a period of _____ years.

- Plumbing, electrical and heating/ventilation/ air conditioning systems installed by Subcontractor are warranted against defects for a period of two (2) years.

- All other elements are warranted against defects for a period of one (1) year.

## CLEAN-UP AND NOISE

- The Subcontractor shall broom-sweep and/or remove building debris from each unit prior to leaving the job site on a daily basis, and place debris caused by the Work performed in a location designated by the WCI Construction Manager. If the Subcontractor does not do this as and when specified, WCI shall then have it removed and back-charge the Subcontractor accordingly.

- The Subcontractor's work force shall place into receptacles, provided by WCI, all trash generated from rest breaks and lunch breaks.

- Radios and similar equipment shall be used only within the confines of the unit being worked in and shall be operated at a noise level, which shall not be offensive to residents



_____Subcontractor Initial

or other workers.   Defective equipment, which under normal conditions would be muffled, shall not be used.

## DRUGS AND ALCOHOL

- The consumption of alcoholic beverages is forbidden on WCI job sites, as well as the use of any illegal substance.  No one consuming, or under the influence of either, is permitted on WCI property.  Violators shall be dismissed immediately.

## PRECEDENCE

- Should the plans and specifications conflict on any point, they shall be done according to the specifications insofar as quality of materials and workmanship are concerned, but plans shall govern insofar as the form of Work is concerned.

## MODEL HOMES

- Subcontractors and suppliers shall supply service and labor only for all model homes. The Subcontractor and suppliers shall perform this work for as long as this Subcontractor or supplier performs work at the site.

## CHARGES AGAINST THE SUBCONTRACTOR

- If the Subcontractor fails to perform any of its duties described in these General Conditions, or this Agreement within the time limits established, or if no limits are established, within 48 hours after receipt of written notice from WCI, WCI shall have the right to retain others to perform such duties, and the cost of performance will be charged against any amounts due to the Subcontractor. If the charges exceed any such amounts due, all payments will be withheld and the Subcontractor shall pay WCI the excess immediately upon receipt of written notice. Without limitation, charges against subcontractor shall be assessed if WCI pays to complete Work not finished on time by Subcontractor, correct defects in the Work, pay fines or penalties arising from the Work, clean up after the Work, provide tools, material or equipment that are Subcontractor's obligation, repair damage to the site, obtain insurance on behalf of the Subcontractor, pay claims indemnified against by the Subcontractor, pay taxes or legal orders that are Subcontractor's obligations, discharge liens or pay any other amounts on behalf of the Subcontractors.

## TERMINATION

- WCI shall have the right to terminate this agreement upon 48 hours notice without cause. Unless otherwise instructed in writing, Subcontractor shall cease performance of all Work upon receipt of notice. WCI shall pay Subcontractor for all Work performed and materials supplied, or specially fabricated, pursuant to this Agreement before termination provided that such Work and materials were properly authorized by WCI.

Created: 2/22/01
Modified:3/13/01



Subcontractor Initial

- If Subcontractor fails to perform its duties described in this Agreement, WCI shall have the right to terminate this Agreement immediately. Subcontractor shall immediately cease all performance of all Work and remove all its tools, equipment and personal from the site. WCI shall pay subcontractor for all authorized work performed and materials supplied before termination.

## GENERAL

- It shall be required of Subcontractor to work (at times) in conjunction with other trades whose work may or may not be complete.

- The Subcontractor agrees he/she/it is knowledgeable of Florida's weather and job conditions. He has included allowances for these conditions in his contract amount and scheduling. No overtime shall be paid.

- Trespassing on privately owned lots and completed inventory units is prohibited. This includes the unauthorized use of water and electricity.

- Parking on driveways or final-graded lots is not allowed. Anyone using toilet facilities other than portable toilets shall be subject to dismissal. Eating, smoking and the use of appliances is prohibited in any unit under construction.

- Subdivision speed limits shall be observed at all times.

- Customers shall be treated with the utmost respect. DO NOT communicate job-related matters to the customer. Refer all customer inquiries to their sales consultant.

- The passing of material through window openings or using the same as scaffold supports is not allowed.

- There shall be no salvage of any material from any WCI job site.

- The Subcontractor work force shall conduct himself/or herself/itself in a professional, respectable and dignified manner. Specifically, the Subcontractor work force shall refrain from profanity, and boisterous conduct.

- The Subcontractor shall furnish electric power and portable drinking water for his own work force. WCI shall furnish non-potable water and toilets.

- Subcontractor shall remove and/or secure all their non-used material from the job site at the time of a hurricane watch within eight (8) hours.

- Subcontractor shall verify all options and color selections sheets in writing with the WCI Construction Manager no more than seven (7) days prior to installation or ordering material. Failure to do so shall result in Subcontractor paying for any and all errors.

Created: 2/22/01
Modified:3/13/01


Subcontractor Initial

- Walk-through requests shall be completed within 48 hours upon written notification from WCI Construction Manager. Subcontractor shall assign an individual, qualified in making repairs of said nature to work directly with WCI Construction Manager.

- Customer Service requests shall be completed within 8 hours of notice of such defect in an emergency and within 48 hours of notice of such a defect on a non-emergency basis. WCI shall determine whether an emergency exists, in its sole and absolute discretion.

- Imperfections or unsatisfactory work determined by the WCI Construction Manager shall be corrected within 48 hours after subcontractor is notified. Failure to commence work in the 48 hour time frame shall result in backcharge and possible termination.

- The Subcontractor shall attend all job meetings as required by WCI.

- There shall be no eating, smoking, or drinking inside units after gypsum board is hung.

- There shall be no shoes on carpet. Shoes shall be off or shoe boots shall be worn.

#770163 v3 - 5566-001

Signature

Created: 2/22/01
Modified:3/13/01

Subcontractor Initial



## SUBCONTRACTOR BASE AGREEMENT

NAME OF COMPANY:
SOCIAL SECURITY # OR TAX ID #:
NAME OF OWNERS:
HOME ADDRESS:
HOME PHONE:
BUSINESS ADDRESS:
BUSINESS PHONE:
E-MAIL ADDRESS:
INSURANCE COMPANY:
  (WORKER'S COMPENSATION):
  (COMMERCIAL GENERAL LIABILITY)
  (AUTOMOBILE LIABILITY):
DATE:

     This Subcontractor Base Agreement (this "Agreement"), together with the items and exhibits attached hereto, and any work orders, purchase orders, and job schedules subsequently issued by WCI, shall constitute the Agreement between WCI Communities, Inc. ("WCI"), 24301 Walden Center Drive, Bonita Springs, Florida  34134, and the undersigned subcontractor , _____BETA DRYWALL, INC._____ ("Subcontractor"), in accordance with the following:

    1.    The work to be performed by the Subcontractor ("Work") hereunder is generally described as:

    2.    The price and other payment terms and conditions are as follows:

    3.    The following are the items and exhibits attached hereto:

        Exhibit "A" – General Conditions to Subcontractor Base Agreement ("General Conditions")
        Exhibit "B" – Scope of Work
        Exhibit "C" – Subcontractor Base Agreement Schedule of Values and Options
        Exhibit "D" – Payment Schedule Specifications for Subcontractor Base Agreement
        Exhibit "E" – Subcontractor Administration Letter
        Exhibit "F" – Plans and Specifications
        Exhibit "G" – [Not Used]
        Exhibit "H" – Form of Progress Payment Affidavit
        Exhibit "I" – Form of Final Payment Affidavit

_Subcontractor Initial

4.     Subcontractor shall perform all Work in a good workmanlike manner, and warrants that all labor and services performed, and all materials furnished by Subcontractor will meet or exceed FHA minimum property standards, VA requirements and any applicable federal, state and local building code requirements.

5.     Subcontractor further warrants that all materials and equipment used or incorporated in the Work shall be new, and that all labor, services and materials furnished by Subcontractor shall be free of defect for the periods set forth in the General Conditions attached hereto and made a part hereof. Subcontractor agrees to make all repairs and correct such defects under the warranty within eight (8) hours of notice of such defect in an emergency and within forty-eight (48) hours of notice of such defect on a non-emergency basis. WCI shall determine whether an emergency exists, in its sole and absolute discretion.

6.     Subcontractor hereby assumes toward WCI all obligations and responsibilities that WCI assumes toward its customer and ultimate purchaser relative to the Subcontractor's Work, and Subcontractor agrees to be bound to WCI by all the provisions in WCI's contracts and agreements with its customer and ultimate purchaser that afford remedies and redress to such customer or ultimate purchaser from WCI.

7.     Subcontractor shall schedule all Work to the requirements of WCI. Subcontractor shall man the job with sufficient personnel to complete the Work on or before schedule. Time is of the essence in the performance of Subcontractor's Work under this Agreement.

8.     All labor and materials furnished by the Subcontractor shall be in accordance with the plans and specifications set forth on Exhibit "F" attached hereto and made part hereof. The Subcontractor shall keep a copy of such plans and specifications on each job while the Work is in progress. Subcontractor acknowledges that Subcontractor is thoroughly familiar with the plans and specifications set forth on Exhibit "F" attached hereto and made part hereof, as such plans and specifications materially affect the Work contracted for herein. The Subcontractor further acknowledges that the plans and specifications set forth on Exhibit "F" attached hereto and made part hereof are sufficient to enable the Subcontractor to complete its Work on or before schedule, and for the price set forth in paragraph 2 above, and that such plans and specifications include all Work, whether or not shown or described, which reasonably may be inferred to be required for the completion of the work in full compliance with all applicable codes, laws, ordinances and regulations. The Subcontractor further acknowledges and agrees that, in the event of any conflicting provisions among or within such plans and specifications that cannot be resolved under Section 26 below or the "Precedence" section of the General Conditions, then, WCI shall, in its sole and absolute discretion, determine which of the conflicting requirements shall govern. In the event Subcontractor discovers any such conflicting provisions, or any other discrepancies among or within such plans and specifications, the Subcontractor shall promptly notify WCI in writing of such discovery. Failure of the Subcontractor to do so shall result in a waiver of any right the Subcontractor may have to additional compensation.

9.     The Subcontractor further acknowledges and represents to WCI that it has visited and examined the site upon which the Work under this Agreement shall be performed, that it has examined all conditions of every kind and nature that may effect the Work, and that it is fully familiar with all such conditions. In connection therewith, the Subcontractor represents and warrants to WCI that it has, by careful examination, satisfied itself as to: (a) the nature, location and character of the site, including, without limitation, surface and subsurface conditions that are

Subcontractor Initial

visually observable, all structures and obstructions pertaining thereto, both natural and man made, and all visually observable surface and subsurface conditions of the areas surrounding the site; (b) the nature and character of the area in which the project site is located, including, without limitation, site access, available laborer supply and cost, available equipment supply and cost; and (c) the quality and quantity of all materials, supplies, tools, equipment, labor and services of any kind necessary to complete the Work on or before schedule and for the price set forth in paragraph 2 above.

10.   Subcontractor shall clean the job site upon the completion of each stage removing all of Subcontractor's materials, and if materials are furnished by WCI, Subcontractor shall move all usable material designated by WCI to a location designated by WCI. All clean up refuse shall be placed in receptacles or locations provided or designated by WCI.

11.   Subcontractor shall furnish to WCI all warranties, guarantees and operations and maintenance documents from the manufacturers of the appliances and equipment included in the Work, and shall further furnish all certificates required by any WCI or by any lending institution or governmental agency having jurisdiction over the Work.

12.   Subcontractor, in performance of the Work covered hereby, is an independent subcontractor and shall have the sole discretion in the performance of such Work, save and except that the same must be performed in accordance with this Agreement and the plans and specifications set forth on Exhibit "F" attached hereto and made part hereof.

13.   Prior to the commencement of the Work hereunder, Subcontractor agrees to furnish certificates of insurance to WCI, covering worker's compensation, as required by law, employer's liability, public liability and automobile liability, with limits of not less than $1,000,000.00 per occurrence and in the aggregate. Such insurance coverage shall be sufficient to protect WCI, its institutional lenders, its customers, and their respective members, partners, officers, directors, employees, agents, legal representatives, heirs, successors and assigns, and each of them, from and against any claims, actions, causes of action, losses, damages, costs and expenses which may arise out of or result from the Subcontractor's Work under this Agreement and for which the Subcontractor may be legally liable, whether such operations be by the Subcontractor, by any of its sub-Subcontractors, or by anyone directly or indirectly employed by any of them, or any of them who may be liable.

14.   All insurance policies provided by the Subcontractor under this Agreement shall be acceptable to WCI and shall be issued by insurance companies meeting A. M. Best Current policy holder rating of "A- " or better and a financial rating of "VII" or better, and all such insurance companies must be licensed to do business in the State of Florida. Additionally, WCI and its institutional lenders, if any, and their respective agents and employees, shall be named as additional named insureds and the subcontractor shall furnish WCI with an endorsement reflecting these additions prior to its commencement of the Work hereunder. All insurance company ratings shall be reflected on the certificates of insurance to be provided by Subcontractor hereunder.

All public liability insurance coverage to be provided by the Subcontractor hereunder shall include coverage for broad contractual liability, personal injury, bodily injury, advertising injury, property damage, operations, completed operations, products liability,

Subcontractor Initial

unintentional errors or omissions, fire damage, water damage, broad form discrimination, assault and battery, employee theft, professional liability, and such other coverages as WCI may require.

15.    All automobile liability insurance to be provided by the Subcontractor hereunder shall include coverage for the use of all owned, non-owned, leased and hired vehicles, with bodily injury and property damage single limits for each occurrence, each accident and in the aggregate.

All insurance policies to be provided by the Subcontractor hereunder shall contain a provision that such insurance will not be cancelled, materially changed or not renewed without at least thirty (30) days advance written notice to WCI by certified mail, return receipt requested. In the event of a failure of the Subcontractor to maintain said insurance, WCI shall have the right (but not the obligation) to take out and maintain the same coverages for all parties on behalf of the Subcontractor, who agrees to furnish all necessary information thereof and to pay the cost thereof to WCI upon presentation of a bill.

16.    Subcontractor shall be solely responsible for withholding taxes, social security taxes, and Florida unemployment taxes.

17.    Subcontractor agrees to comply with the requirements of the Williams-Steiger Occupational Safety and Health Act of 1970 and amendments thereof or similar laws or regulations and hereby releases and agrees to hold harmless, defend and indemnify WCI of, from and against any liability, losses, damages, costs and expenses of whatsoever nature because of Subcontractor's employees (or agents) injuries or negligence.

18.    Subcontractor agrees to indemnify, defend and hold harmless WCI of, from and against any and all losses, damages, claims, costs and expenses of whatsoever nature, arising out of the performance of the Work by Subcontractor, including but not limited to injuries to persons and/or property and including costs of court and reasonable attorney's fees.

(a)    Notwithstanding any term or provision contained herein to the contrary, Subcontractor hereby assumes the entire responsibility and liability for all Work, supervision, labor, services and materials provided hereunder, whether or not erected in place, and for all plant, scaffolding, tools, equipment, supplies and other things provided by Subcontractor until all final acceptance of the Work by WCI.

(b)    Subcontractor shall be liable to WCI for all costs WCI incurs as a result of Subcontractor's failure to perform this Agreement in accordance with the terms hereof. Subcontractor's failure to perform shall include the failure of its suppliers and of any subcontractors of any lower tier subcontractor to timely, safely or properly perform their Work. Subcontractor's liability shall include, but not be limited to, (i) damage and other delay costs payable to WCI, (ii) WCI's increased performance costs resulting from Subcontractor-caused delays or improper Subcontractor work, (iii) warranty and rework costs, (iv) liability to third parties, (v) costs of completion exceeding the subcontract price, and (vi) attorney's fees and related costs.

_Subcontractor Initial

4 of 7
Corp-Purch-1003-SBA
Created: 2/22/01
Modified: 3/20/2003

(c)   If, as a result, in whole or in part, of negligence (or other fact for which there is legal liability) Subcontractor, its employees, agents, material suppliers, or lower tier subcontractors, any person (including employees of Subcontractor) suffer injury or death or any property is damaged, lost or destroyed, Subcontractor assumes liability for the injury, death or property damage and agrees to hold WCI and its agents, servants, employees and sureties harmless. Subcontractor's liability pursuant to this Section 14 shall not be negated or avoided by any negligence of WCI, but Subcontractor shall not be liable for any loss caused by WCI negligence. Subcontractor's obligation under this Section 13 shall be in addition to any other indemnity obligations imposed by this Agreement or applicable law.

19.   Subcontractor shall continually perform in a professional manner the Work designated under this Agreement, and at a pace consistent with WCI completion schedule, and in the event Subcontractor shall not substantially so perform in a continuous manner and if Subcontractor shall fail to do so for three (3) consecutive days, WCI shall have the right to immediately terminate the employment of Subcontractor and declare Subcontractor in breach of this Agreement.

20.   In the event of breach of contract by Subcontractor, WCI  shall be entitled to retain all sums due Subcontractor under any Work Order and shall be entitled to cause the Work to be performed by others, and shall apply any sums then due Subcontractor against such cost of completion and thereafter to the costs of any applicable warranty, and after all warranties have expired, any excess shall be paid to Subcontractor.  In the event costs of such completion result in a deficiency, Subcontractor shall be fully responsible for the deficiency, together with any damages, costs of court, and reasonable attorney's fees incurred by WCI.

21.   At all times during the performance of this Agreement, WCI shall be entitled to hold, on all Work in progress, ten percent (10%) of the contract price set forth in section 2 above, and such other sums permitted by Florida law, until satisfactory completion of the Work.  To the extent allowed by law, Subcontractor waives his right to constitutional and statutory liens on any job not fully performed by Subcontractor.

22.   All notices to be sent to Subcontractor or WCI shall be in writing and shall be sent to their respective addresses shown above by certified mail, return receipt requested.

23.   This Agreement, the approved attachments and exhibits hereto, the plans and specifications set forth on Exhibit "F" attached hereto, and any work orders, purchase orders and job schedules subsequently issued by WCI, shall constitute the entire agreement between the parties, and there are no other agreements, oral or written, by and between the parties hereto. This Agreement may subsequently be modified, amended or changed only by work orders, purchase orders, job schedules and supplemental conditions issued by WCI, or otherwise in writing signed by WCI and the Subcontractor.

24.   Any failure of WCI to enforce any of the terms and provisions of this Agreement shall not constitute a waiver of such required performance by Subcontractor or of any other performances in the future required by Subcontractor hereunder.

_____Subcontractor Initial

25.   Payment terms are as set forth in Section 2 above and in the attached Subcontractor Administration Letter.

26.   Where there is an inconsistency in the contract documents, the following order of precedence applies: 1.   This Agreement; 2.   General Conditions; 3.   Subcontractor Administration Letter; 4. Specifications (insofar as quality of materials are concerned); 5. Plans (insofar as the form of the work is concerned).

27.   Authorization to commence Work will be by duly authorized work orders or purchase orders.

28.   Subcontractor shall furnish Waivers of Lien, Release of Liens and/or Final Affidavit of Release of Lien for any and all material, services and labor provided or supplied through Subcontractor at time of applicable payment.  Failure to do so will result in joint distribution of monies by WCI.  In this regard, in the event WCI has reason to believe that it is in its best interest, WCI may make payment, on the Subcontractor's account, directly to any material supplier or lowered tiered subcontractor, or by joint check payable to the Subcontractor and such material supplier or lowered tiered subcontractor, less applicable retainage.  In that event, the amount so paid the material supplier or the lower tiered Subcontractor shall be deducted from any payment due the Subcontractor.  No direct or joint check payment by WCI hereunder, shall, however, create any obligation on the part of WCI to make any payment to any material supplier or lower tier Subcontractor, and no payment by WCI to any material supplier or lowered tier subcontractor shall create any obligation to make any further payments to any material supplier or lowered to your Subcontractor.

29.   This Agreement shall not be assigned, in whole or in part, nor shall any party's obligations hereunder be delegated or assigned, without the prior written consent of the other party, which consent may not be unreasonably withheld; provided, however, that WCI may, without Subcontractor's consent, assign this Agreement, in whole or in part, to an entity which controls or is controlled by WCI, or its common owners or affiliates, or to a WCI lender, with prior or subsequent notice to Subcontractor, and Subcontractor agrees to execute all consents reasonably required to facilitate such assignment(s).

30.   This Agreement shall be governed by the laws of the State of Florida.  Any action to enforce or interpret this Agreement, in whole or in part, shall be brought only in a Court of competent jurisdiction in Ft. Myers, Lee County, Florida.

EXECUTED THIS THE ___8^TH___ DAY OF ___AUGUST___, 20_03_

WCI COMMUNITIES, INC.          SUBCONTRACTOR: _BETA DRYWALL, inc_

BY _____8/2·03          BY: _____
     Division President

_____Subcontractor Initial

Attachments:

    General Conditions - Exhibit "A"
    Scope of Work – Exhibit "B"
    Subcontractor Base Agreement Schedule of Values and Options – Exhibit "C"
    Payment Schedule Specifications for Subcontractor Base Agreement – Exhibit "D"
    Subcontractor Administration Letter – Exhibit "E"
    Plans and Specifications – Exhibit "F"
    Exhibit "G" – [Not Used]
    Form of Progress Payment Affidavit – Exhibit "H"
    Form of Final Payment Affidavit – Exhibit "I"

Distribution:

    VP Construction
    Subcontractor
    Accounting
    Financial Manager
    Design Center
    Purchasing
    Estimating
    Construction File

#770160 v3 - 5566-001

_Subcontractor Initial

ACORD. **CERTIFICATE OF LIABILITY INSURANCE**

OP ID DI
BETAD-1

DATE (MM/DD/YYYY)
02/19/07

| PRODUCER | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. | | |
|---|---|---|---|
| Bouchard-Clearwater 101 Starcrest Drive P O Box 6090 Clearwater FL 33758-6090 Phone:727-447-6481  Fax:727-449-1267 | | | |
| INSURED | INSURERS AFFORDING COVERAGE | | NAIC # |
| | INSURER A: AmeriSure Insurance Company | | 19488 |
| Beta Drywall, LLC Beta Construction, LLC 6601 Lyons Road Ste A3 Coconut Creek FL 33073 | INSURER B: AmeriSure Mutual Insurance Co | | 23396 |
| | INSURER C: AIG-American International Grp | | 3 |
| | INSURER D: | | |
| | INSURER E: | | |

**COVERAGES**

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | ADD'L INSRD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|---|
| A | X | **GENERAL LIABILITY** X COMMERCIAL GENERAL LIABILITY CLAIMS MADE X OCCUR X Contractual Liab. XCU | GL2027317 ZERO DEDUCTIBLE | 02/28/07 | 02/28/08 | EACH OCCURRENCE | $1,000,000 |
| | | | | | | DAMAGE TO RENTED PREMISES (Ea occurence) | $300,000 |
| | | | | | | MED EXP (Any one person) | $10,000 |
| | | | | | | PERSONAL & ADV INJURY | $1,000,000 |
| | | | | | | GENERAL AGGREGATE | $2,000,000 |
| | | GEN'L AGGREGATE LIMIT APPLIES PER: POLICY X PRO-JECT LOC | | | | PRODUCTS - COMP/OP AGG | $2,000,000 |
| A | | **AUTOMOBILE LIABILITY** X ANY AUTO ALL OWNED AUTOS SCHEDULED AUTOS X HIRED AUTOS X NON-OWNED AUTOS | CA2027316 | 02/28/07 | 02/28/08 | COMBINED SINGLE LIMIT (Ea accident) | $1,000,000 |
| | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | **GARAGE LIABILITY** ANY AUTO | | | | AUTO ONLY - EA ACCIDENT | $ |
| | | | | | | OTHER THAN  EA ACC AUTO ONLY:        AGG | $ |
| A | X | **EXCESS/UMBRELLA LIABILITY** X OCCUR CLAIMS MADE DEDUCTIBLE RETENTION   $10,000 | BE 6564380 | 02/28/07 | 02/28/08 | EACH OCCURRENCE | $10,000,000 |
| | | | | | | AGGREGATE | $10,000,000 |
| | | | | | | | $ |
| | | | | | | | $ |
| B | | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? If yes, describe under SPECIAL PROVISIONS below | WC2043000 | 02/27/07 | 02/27/08 | X WC STATU- TORY LIMITS | OTH-ER |
| | | | | | | E.L. EACH ACCIDENT | $1,000,000 |
| | | | | | | E.L. DISEASE - EA EMPLOYEE | $1,000,000 |
| | | | | | | E.L. DISEASE - POLICY LIMIT | $1,000,000 |
| | | **OTHER** | | | | | |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES / EXCLUSIONS ADDED BY ENDORSEMENT / SPECIAL PROVISIONS

WCI COMMUNITIES, INC IS ADDITIONAL INSURED, SUBJECT TO THE TERMS, CONDITIONS
AND EXCLUSIONS OF THE POLICY.

*10 DAYS CANCELLATION FOR NON-PAYMENT*

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| WCICOMM | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL 30 DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES. |
| WCI COMMUNITIES, INC 24301 WALDEN CENTER DRIVE BONITA SPRINGS FL 34135 | AUTHORIZED REPRESENTATIVE |

ACORD 25 (2001/08)                385254                © ACORD CORPORATION 1988                3/5/08

**ACORD** **CERTIFICATE OF LIABILITY INSURANCE**

OP ID #2 FINES-1

DATE (MM/DD/YYYY) 09/15/08

| PRODUCER | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. |
|---|---|

BROWN & BROWN OF FLORIDA INC
8000 GOVERNORS SQUARE BLVD 400
MIAMI LAKES FL 33016-1588
Phone: 305-364-7800   Fax: 305-822-5687

| INSURED | INSURERS AFFORDING COVERAGE | NAIC # |
|---|---|---|

FINEST DRYWALL INC
ATTN EDUARDO ROBAYNA
4872 S W 74 CT
MIAMI FL 33155

| | | |
|---|---|---|
| INSURER A: | MID-CONTINENT CASUALTY CO | 23418 |
| INSURER B: | NATIONAL UNION FIRE | 32298 |
| INSURER C: | SAFECO INSURANCE CO | 24740 |
| INSURER D: | | |
| INSURER E: | | |

**COVERAGES**

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | ADD'L INSRD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|---|
| A | X X | GENERAL LIABILITY <br> X COMMERCIAL GENERAL LIABILITY <br> CLAIMS MADE [X] OCCUR <br> X Contractual Liab <br> X Per Project Aggre | 04GL000699958 <br> $1,000. DEDUCTIBLE PER <br> OCCURRENCE-PROPERTY DAMAG | 09/15/08 | 09/15/09 | EACH OCCURRENCE | $1000000 |
| | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $100000 |
| | | | | | | MED EXP (Any one person) | $ |
| | | | | | | PERSONAL & ADV INJURY | $1000000 |
| | | GEN'L AGGREGATE LIMIT APPLIES PER <br> POLICY [ ] PRO-JECT [ ] LOC | | | | GENERAL AGGREGATE | $2000000 |
| | | | | | | PRODUCTS - COMP/OP AGG | $2000000 |
| C | | AUTOMOBILE LIABILITY <br> X ANY AUTO <br> ALL OWNED AUTOS <br> SCHEDULED AUTOS <br> HIRED AUTOS <br> NON-OWNED AUTOS | 01CH63348003 | 09/15/08 | 09/15/09 | COMBINED SINGLE LIMIT (Ea accident) | $1000000 |
| | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | GARAGE LIABILITY <br> ANY AUTO | | | | AUTO ONLY - EA ACCIDENT | $ |
| | | | | | | OTHER THAN EA ACC <br> AUTO ONLY: AGG | $ |
| B | | EXCESS/UMBRELLA LIABILITY <br> X OCCUR [ ] CLAIMS MADE | BE5346464 | 09/15/08 | 09/15/09 | EACH OCCURRENCE | $3000000 |
| | | | | | | AGGREGATE | $3000000 |
| | | [ ] DEDUCTIBLE <br> X RETENTION $10000 | | | | | $ |
| | | | | | | | $ |
| | | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY <br> ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? <br> If yes, describe under SPECIAL PROVISIONS below | | | | [ ] WC STATU-TORY LIMITS [ ] OTH-ER | |
| | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| | | OTHER | | | | | |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES / EXCLUSIONS ADDED BY ENDORSEMENT / SPECIAL PROVISIONS
CERTIFICATE HOLDER IS AN ADDITIONAL INSURED WITH REGARD TO GENERAL LIABILITY
WHEN REQUIRED BY WRITTEN CONTRACT; *10 Days Cancellation applies for non
payment of premium

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|

WCI-075

WCI COMMUNITIES, INC.
NORMA CAMARGO, PURCHASING DEPT
11575 HERON BAY BLVD, #300
CORAL SPRINGS FL 33075

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL _30*_ DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.

AUTHORIZED REPRESENTATIVE

ACORD 25 (2001/08)

911731

9/25/08

© ACORD CORPORATION 1988