UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and COMMERCE AND INDUSTRY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>BETA CONSTRUCTION LLC f/k/a BETA DRYWALL LLC; FINEST DRYWALL, INC.; and ROBERT C. PATE, as Trustee for the WCI Chinese Drywall Trust,<br><br>Defendants. | CASE NO.: 8:10-cv-01541-RAL-TBM |

**DEFENDANT ROBERT C. PATE'S MOTION TO DISMISS OR CONTINUE PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT PURSUANT TO FRCP 56(d)**

Pursuant to Federal Rule of Civil Procedure 56(d), Defendant, Robert C. Pate, as Trustee for the Chinese Drywall Trust ("Pate"), respectfully moves to dismiss or continue the motion for summary judgment of Plaintiffs, National Union Fire Insurance Company of Pittsburgh, PA ("National Union") and Commerce and Industry Insurance Company ("CIIC") (collectively, "Plaintiffs").

At this stage of the proceedings, Pate cannot present facts essential to justify his opposition to Plaintiffs' motion for summary judgment. Therefore, a dismissal or continuance pursuant to Federal Rule of Civil Procedure 56(d) is warranted. As detailed in the accompanying affidavit of Anna M. Piazza, Esq., and explained in the opposition papers filed contemporaneous with this motion,

NYDOCS1-972762.1

- 1 -

discovery is necessary to inform a choice of law determination in this case.[1] When Plaintiffs served their motion for summary judgment, discovery yet had not begun. Furthermore, the discovery phase of this case does not close for another seven months. Accordingly, Pate asks this Court to deny or continue Plaintiffs' motion for summary judgment so that Pate can conduct discovery.

## CONCLUSION

For the foregoing reasons, Pate respectfully requests that this Court:

A. Deny Plaintiffs' motion for summary judgment; or

B. Continue Plaintiffs' motion for summary judgment; and

C. Allow discovery on the aforementioned issues to continue until the discovery cut-off of March 13, 2012, set forth in the Case Management and Scheduling Order for this case, or another date set by the Court.

Dated:   August 5, 2011

/s/ Anna M. Piazza
Robert M. Horkovich, Esq.
Anna M. Piazza, Esq.
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY  10020
T: 212-278-1000
F: 212-278-1733
rhorkovich@andersonkill.com
apiazza@andersonkill.com

*Trial counsel for Defendant Robert C. Pate, as Trustee for the Chinese Drywall Trust*

---

[1] Discovery concerning the insurance policies' pollution exclusions is also necessary to determine, *inter alia*, whether the exclusion is enforceable in this case.

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2011, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.

/s/ Anna M. Piazza
Anna M. Piazza