UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA, and
COMMERCE AND INDUSTRY INSURANCE
COMPANY,

    Plaintiffs,

v.                              CASE NO: 8:P10-cv-1541-T-26TBM

BETA CONSTRUCTION LLC, f/k/a Beta
Drywall LLC, FINEST DRYWALL, INC., and
ROBERT C. PATE, as Trustee for the WCI
Chinese Drywall Trust,

    Defendants.
_____/

**O R D E R**

Upon due consideration of the procedural history of this case, it is ordered and adjudged that Plaintiff's Motion for Protective Order (Dkt. 59) is granted but only to the extent that Plaintiff is relieved of the responsibility of responding to Defendants' pending discovery requests until this Court issues a ruling as to whether to strike or deny without prejudice Plaintiff's pending motion for summary judgment. If the Court does so, then discovery will naturally have to resume. If the Court declines to follow that course of action, then Defendants' pending discovery requests become moot.

**DONE AND ORDERED** at Tampa, Florida, on August 16, 2011.

                        s/*Richard A. Lazzara*
                        **RICHARD A. LAZZARA**
                        **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record