**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

CASE NO.: 8 :10-CV-01541-RAL-TBM

NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, P.A. and COMMERCE and INDUSTRY
INS. CO.,

      Plaintiff,

vs.

ROBERT C. PATE, as Trustee for the WCI,
BETA CONSTRUCTION, LLC f/k/a BETA DRYWALL, LLC
and FINEST DRYWALL, INC.,

      Defendants.

_____/

**DEFENDANT FINEST DRYWALL, INC.'S NOTICE OF JOINDER**
**TO ROBERT C. PATE'S MEMORANDUM IN FURTHER OPPOSITION**
**TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Defendant FINEST DRYWALL, INC., by and through its undersigned counsel, hereby

incorporates by reference the opposition of Robert C. Pate, filed on August 31, 2011 and all

affidavits submitted therewith.

DATED: August 31, 2011.

                       Respectfully Submitted,

                       **LAW OFFICE OF ALEXIS GONZALEZ, P.A.**
                       Attorney for Defendants
                       9755 S.W. 40th Terrace
                       Miami, Florida 33165
                       Telephone: (305) 223-9999
                       Fax No. (305) 223-1880

By: _____s/Lissette M. Carreras_____
ALEXIS GONZALEZ, ESQ.
Florida Bar No.: 180785
LISSETTE M. CARRERAS, ESQ.
Florida Bar No.: 18079

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S.

Mail on this 31st day of August, 2011, upon:

Cindy L. Ebenfeld, Esq.,
11011 Sheridan Street
Suite 104
Cooper City, Florida 33026

Jocelyn P. Jopa, Esq.
Joseph Hinkhouse, Esq.
Hinkhouse Williams Walsh LLP
180 N Stetson Ave., Suite 3400,
Chicago, IL 60601

Anna M. Piazza, Esq.
Anderson Kill & Olick, PC,
1251 Avenue of the Americas
43rd Floor
New York, NY 10020

By: ____s/Lissette M. Carreras_____
Lissette M. Carreras, Esq.