UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA, and
COMMERCE AND INDUSTRY INSURANCE CO.,

    Plaintiffs,

v.                                                 CASE NO: 8:10-cv-1541-T-26TBM

BETA CONSTRUCTION LLC f/k/a Beta
Drywall LLC; FINEST DRYWALL, INC.;
and ROBERT C. PATE, as Trustee for the WCI
Chinese Drywall Trust,

    Defendants.
_____/

**O R D E R**

    Before the Court are two motions for protective order filed by Plaintiffs, one directed to two sets of interrogatories and a request for production propounded by Defendant Finest Drywall, Inc., and the other directed to the same propounded by Defendant Robert C. Pate. After careful review of the motions and the discovery requests, the Court finds that discovery in this case is not limited to choice-of-law issues but rather may be conducted as to all issues in the case. Upon reviewing the specific interrogatories and requests for production, the Court further finds that the information sought is within the scope of discovery under Rule 26 of the Federal Rules of Civil

Procedure.  Accordingly, it is therefore **ORDERED AND ADJUDGED** that Plaintiffs' Motions for Protective Order and Request for Stay (Dkts. 70 & 71) are **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, on October 18, 2011.

	s/*Richard A. Lazzara*
	**RICHARD A. LAZZARA**
	**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record