UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and COMMERCE AND INDUSTRY INSURANCE COMPANY<br><br>Plaintiffs,<br><br>v.<br><br>BETA CONSTRUCTION LLC f/k/a BETA DRYWALL LLC; FINEST DRYWALL, INC.; and ROBERT C. PATE, as Trustee for the WCI Chinese Drywall Trust;<br><br>Defendants. | Case No. 8:10-cv-01541-RAL-TBM |

**PLAINTIFFS' UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE* OF FRANK E. VALENTI, ESQ. AND NOTICE OF SUBSTITUTION OF COUNSEL**

Plaintiffs, National Union Fire Insurance Company of Pittsburgh, PA and Commerce and Industry Insurance Company, through undersigned counsel, a member of the bar of the United States District Court for the Middle District of Florida, move for the admission of **Frank E. Valenti, Esq.**, *pro hac vice*, so he may appear and participate in this case, and state as follows:

1. As demonstrated in Mr. Valenti's attached Affidavit and Certification, he is a member of the bar in good standing in each jurisdiction where he has been admitted to practice, including the United States District Court for the Northern District of Illinois, and there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction.

2.   Mr. Valenti is an attorney with the law firm of Hinkhouse Williams Walsh LLP at the following address: 180 North Stetson, Suite 3400, Chicago, Illinois 60601, Tel.: (312) 784-5400, Fax: (312) 784-5484.

3.   Plaintiffs also request that the Court allow Mr. Valenti to receive e-mail notice of electronic filings. His e-mail address is fvalenti@hww-law.com.

4.   In accordance with the local rules of this Court, the $10.00 admission fee for Frank E. Valenti, Esq. is being sent to the Court with the Special Admission Attorney Certification form.

5.   Because Jocelyn Jopa, Esq., who was previously admitted *pro hac vice* to represent Plaintiffs, is no longer with the Hinkhouse Williams law firm, Plaintiffs request that Mr. Valenti be substituted as *pro hac vice* counsel in her place.

6.   In compliance with Local Rule 3.01(g), undersigned counsel has conferred with opposing counsel, who does not oppose the relief sought herein.

WHEREFORE, Plaintiffs respectfully request that this Court grant this motion for the admission *pro hac vice* of Frank E. Valenti, Esq., as additional counsel of record for Plaintiffs, and direct the Clerk to provide notice of electronic filings to Mr. Valenti and to remove Jocelyn Jopa, Esq. from the service list.

Respectfully submitted,

/s/ Cindy L. Ebenfeld
Cindy L. Ebenfeld, Esq.
Florida Bar No. 0980579
HICKS, PORTER, EBENFELD & STEIN, P.A.
11011 Sheridan Street, Suite 104
Cooper City, Florida  33026
Tel: (954) 624-8700
Fax: (954) 624-8064

cebenfeld@mhickslaw.com
*Co-Counsel for Plaintiff*

Joseph A. Hinkhouse, Esq.
Sara U. Gattie, Esq.
HINKHOUSE WILLIAMS WALSH LLP
180 N. Stetson Avenue, Suite 3400
Chicago, Illinois 60601
Tel: (312) 784-5400
Fax: (312) 784-5499
jhinkhouse@hww-law.com
suffelman@hww-law.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **November 1, 2011**, I electronically filed the foregoing with the Clerk of the Courts by using the CM/ECF system which will send a notice of electronic filing to:

| | |
|---|---|
| Robert M. Horkovich, Esq.<br>Anna M. Piazza, Esq.<br>Anderson Kill & Olick, P.C.<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Tel: 212-278-1000<br>Fax: 212-278-1733<br>rhorkovich@andersonkill.com<br>apiazza@andersonkill.com<br>*Attorneys for Defendant Robert C. Pate,*<br>*as Trustee for the WCI Chinese Drywall Trust* | Alexis Gonzalez, Esq.<br>Albert E. Acuna, Esq.<br>Law Offices of Alexis Gonzalez, P.A.<br>9755 SW 40th Terrace<br>Miami, FL 33165<br>Tel: 305-223-9999<br>Fax: 305-223-1880<br>alexis@aglawpa.com<br>albert@aglawpa.com<br>*Attorneys for Defendant Finest Drywall, Inc.* |
| Michael J. Ryan, Esq.<br>Krupnick Campbell Malone Buser Slama<br>Hancock Liberman and McKee, P.A.<br>12 SE 7th Street, Suite 801<br>Ft. Lauderdale, FL 33301<br>Tel: 954-763-8181<br>Fax: 954-763-8292<br>mryan@krupnicklaw.com<br>*Local Counsel for Defendant Pate* | |

/s/ Cindy L. Ebenfeld

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and COMMERCE AND INDUSTRY INSURANCE COMPANY<br><br>Plaintiffs,<br><br>v.<br><br>BETA CONSTRUCTION LLC f/k/a BETA DRYWALL LLC; FINEST DRYWALL, INC.; and ROBERT C. PATE, as Trustee for the WCI Chinese Drywall Trust;<br><br>Defendants. | Case No. 8:10-cv-01541-RAL-TBM |

## AFFIDAVIT OF FRANK E. VALENTI

**STATE OF ILLINOIS ) SS:**

Frank E. Valenti, counsel for National Union Fire Insurance Company of Pittsburgh, PA and Commerce and Industry Insurance Company, declares under penalty of perjury the following is true and correct:

1. I am a Senior Associate with the law firm of Hinkhouse Williams Walsh LLP, located in Chicago, Illinois.

2. I am an attorney at law and a member in good standing of the bar of the State of Illinois and I have been admitted to that bar since November 7, 2002. I am a member of the bar in good standing eligible to practice in the courts of the State of Illinois and the United States District Court for the Northern District of Illinois.

3. There are no disciplinary proceedings pending against me as a member of a bar in any jurisdiction.

4. I make this declaration in support of a Motion for Admission Pro Hac Vice to appear as additional counsel of record for National Union Fire Insurance Company of Pittsburgh, PA and Commerce and Industry Insurance Company in this action.

_____
Frank E. Valenti

Sworn to me before this 5th day of October 2011.

_____
NOTARY PUBLIC

State of Illinois
Commission Expires: 1/22/13

> OFFICIAL SEAL
> TANIA E FRANKOWSKI
> NOTARY PUBLIC - STATE OF ILLINOIS
> MY COMMISSION EXPIRES:01/22/13

4847-0626-7658, v. 1

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Frank Edward Valenti

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 7, 2002 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Wednesday, September 14, 2011.

*Carolyn Taft Grosboll*
Clerk