UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

In re: Cases to be Reassigned to
The Honorable Mary S. Scriven

Case No. 6:11-mc-132-Orl-22

## STANDING ORDER

Effective December 19, 2011, the Clerk is directed to reassign to Judge Mary S. Scriven civil cases pending in the Tampa and Ocala Divisions listed on Exhibits A, B, C, D, E and F attached hereto. The Clerk is further directed to reassign criminal cases pending in the Tampa Division listed on Exhibit G attached hereto. Judge Scriven has been added to the random draw for all new civil and criminal cases in the Tampa Division as well as to the random draw for prisoner cases in the Ocala Division consistent with the current plan for Ocala case assignments.

In the event Judge Scriven recuses from any of these cases, that case shall be transferred with consent to the Judge the case was initially assigned, in accordance with Local Rule 1.03(d).

**DONE AND ORDERED** at Orlando, Florida, this 19th day of December, 2011.

Anne C. Conway
Chief United States District Judge

Copies to:
The Honorable Richard L. Lazzara
The Honorable Mary S. Scriven
All Tampa United States District Judges and Magistrate Judges
All Ocala United States District Judges and Magistrate Judges
Sheryl L. Loesch, Clerk of Court

Exhibit A:
Civil cases to be reassigned to Judge Scriven from Judge Lazzara

| Case Number | Case Name |
|---|---|
| 5:10-cv-412-RAL-TBS | White v. Florida Department of Corrections et al |
| 5:11-cv-350-RAL-TBS | Reyes v. Department of Justice et al |
| 5:11-cv-481-RAL-TBS | Schuster v. Secretary, Department of Corrections et al |
| 5:11-cv-488-RAL-TBS | Raifsnider v. Warden, FCC Coleman - USP II |
| 5:11-cv-515-RAL-TBS | Spradley v. Warden, FCC Coleman - USP I |
| 5:11-cv-567-RAL-TBS | Campbell v. Warden, FCC Coleman - USP II |
| 5:11-cv-644-RAL-TBS | Winston v. Drew et al |
| 8:09-cv-2267-RAL-TGW | Luther v. M/V Ouro Do Brasil et al |
| 8:10-cv-474-RAL-TGW | Wood v. Wyeth, Inc. et al |
| 8:10-cv-693-RAL-TBM | City of St. Petersburg, Florida v. Wells Fargo Bank, N.A. |
| 8:10-cv-1504-RAL-EAJ | DeLucia et al v. Mid-Continent Casualty Company |
| 8:10-cv-1541-RAL-TBM | Nat'l Union Fire Ins. Co. of Pittsburgh, PA, et al v. Beta Construction LLC, et al |
| 8:10-cv-1552-RAL-EAJ | Greene v. Southwest Airlines Co. et al |
| 8:10-cv-1860-RAL-AEP | Farinha v. Recla et al |
| 8:10-cv-2003-RAL-TGW | Ramirez v. Bausch & Lomb, Inc. |
| 8:10-cv-2104-RAL-TBM | Wilson v. Gee et al |
| 8:10-cv-2179-RAL-AEP | Troiano v. Kraft et al |
| 8:10-cv-2212-RAL-TGW | Hakki v. Shinseki |
| 8:10-cv-2221-RAL-MAP | Berard v. Wal-Mart Stores Inc. |
| 8:10-cv-2328-RAL-TGW | Rivera v. Transitions Optical, Inc. |
| 8:10-cv-2338-RAL-TBM | Samson v. City of Largo, Florida |
| 8:10-cv-2369-RAL-AEP | Ringhoff v. Equifax Information Services, LLC, et al |
| 8:10-cv-2415-RAL-TBM | United States of America v. Ippolito et al |
| 8:10-cv-2451-RAL-EAJ | Karaali v. Wintrust Capital Management, LLC |
| 8:10-cv-2530-RAL-AEP | Knight v. Albert |
| 8:10-cv-2654-RAL-TGW | American Imaging Cartridge, LLC et al v. Schoon Manufacturing Corporation |
| 8:10-cv-2666-RAL-TGW | Disability Rights Florida, Inc. v. Judd |

| Case Number | Case Name |
|---|---|
| 8:10-cv-2698-RAL-TBM | Supermedia LLC v. Gerber Law Group, P.A. |
| 8:10-cv-2716-RAL-MAP | Mineo et al. v. Commissioner of Social Security |
| 8:11-cv-53-RAL-EAJ | Azzouz v. St. Anthony's Hospital, Inc. |
| 8:11-cv-133-RAL-MAP | Terrone v. The Hartford Life and Accident Insurance Company |
| 8:11-cv-166-RAL-TGW | St. Paul Mercury Insurance Company v. Spencer International Advisors, Inc. |
| 8:11-cv-259-RAL-TGW | Russo et al v. Commissioner of Social Security |
| 8:11-cv-282-RAL-EAJ | Bush v. Ventron Management, LLC et al |
| 8:11-cv-369-RAL-MAP | Allen v. Glaxosmith Kline LLC |
| 8:11-cv-375-RAL-MAP | CSDC Systems, Inc. v. Sarasota County, Florida |
| 8:11-cv-377-RAL-TBM | Campbell v. Shinseki |
| 8:11-cv-389-RAL-TGW | Wilson v. McNeil |
| 8:11-cv-450-RAL-MAP | Kelly v. Balboa Insurance Company |
| 8:11-cv-466-RAL-AEP | Patrick v. Shinseki |
| 8:11-cv-488-RAL-TGW | Bynum v. Tampa Bay Tank Wash, Inc. |
| 8:11-cv-528-RAL-EAJ | Dizoglio et al. v. Croissant et al |
| 8:11-cv-632-RAL-AEP | Soucy et al v. Commissioner of Social Security |
| 8:11-cv-633-RAL-TGW | Shelton et al v. Commission of Social Security |
| 8:11-cv-721-RAL-EAJ | Plancarte v. Secretary, Department of Corrections et al |
| 8:11-cv-783-RAL-AEP | Island Paradise Condominium Association, Inc. v. Maurio |
| 8:11-cv-826-RAL-TBM | Coach, Inc. et al v. Wagon Wheel Flea Market, Inc. et al |
| 8:11-cv-908-RAL-EAJ | Sun Trust Bank v. Robinson |
| 8:11-cv-1007-RAL-EAJ | Backer et al v. Dall'Acqua et al |
| 8:11-cv-1043-RAL-TGW | Vanderwerf v. Commission of Social Security |
| 8:11-cv-1054-RAL-AEP | Turpin v. UNUM Life Insurance Company of America |
| 8:11-cv-1086-RAL-EAJ | Cohen et al v. B.T. Ft. Myers, Inc. et al |
| 8:11-cv-1132-RAL-MAP | Cast-Crete Corporation et al v. Liberty Insurance Corporation et al |
| 8:11-cv-1187-RAL-EAJ | Gulfcoast Orthopedic Center v. Connecticut General Life Insurance Company |
| 8:11-cv-1238-RAL-TGW | Armstrong v. Quintiles Commercial U.S., Inc. et al |

| | |
|---|---|
| 8:11-cv-1286-RAL-AEP | Kiper v. Commissioner of Social Security |
| 8:11-cv-1299-RAL-AEP | Freese v. Commissioner of Social Security |
| 8:11-cv-1354-RAL-TGW | Butler v. Varsity Contractors, Inc. et al |
| 8:11-cv-1466-RAL-AEP | Meade v. Cousin Corporation of America |
| 8:11-cv-1486-RAL-TGW | Whitney v. Metropolitan Life Insurance Company |
| 8:11-cv-1509-RAL-MAP | Prince v. Sun Trust Bank |
| 8:11-cv-1513-RAL-AEP | Julbe v. Secretary, Department of Corrections et al |
| 8:11-cv-1576-RAL-TBM | Brimm v. American Security Insurance Company |
| 8:11-cv-1616-RAL-MAP | Garrigus v. Midland Funding, LLC et al |
| 8:11-cv-1655-RAL-TGW | Thornton v. Commissioner of Social Security |
| 8:11-cv-1657-RAL-AEP | Boyd v. Chase Home Finance, LLC et al |
| 8:11-cv-1681-RAL-AEP | Memhard v. Commissioner of Social Security |
| 8:11-cv-1714-RAL-AEP | Brown v. Palmer et al |
| 8:11-cv-1720-RAL-TBM | Cowie v. Reese et al |
| 8:11-cv-1724-RAL-TBM | Stearns Bank, N.A. v. Farrell Homes, Inc. et al |
| 8:11-cv-1757-RAL-TBM | Millennium Laboratories, Inc. v. Universal Oral Fluid Laboratories, LLC et al |
| 8:11-cv-1758-RAL-MAP | Planas v. One Touch Direct, LLC |
| 8:11-cv-1773-RAL-AEP | Azziz v. Price Waterhouse Coopers, LLP |
| 8:11-cv-1780-RAL-MAP | Hydraulic Machinery, Inc. v. Sterling Truck Corporation |
| 8:11-cv-1793-RAL-TBM | Smith v. Commissioner of Social Security |
| 8:11-cv-1827-RAL-AEP | Gore v. World Recovery Service, LLC et al |
| 8:11-cv-1858-RAL-TBM | Todd et al v. United States of America |
| 8:11-cv-1902-RAL-AEP | Access for the Disabled, Inc. et al v. J.D. Mallinson (1984) Ltd. Company |
| 8:11-cv-1918-RAL-EAJ | Sullivan v. Commissioner of Social Security |
| 8:11-cv-1927-RAL-EAJ | Willey v. Coats |
| 8:11-cv-1946-RAL-TBM | Gilliard v. Law Offices of Michael S. Taylor, P.A. et al |
| 8:11-cv-1949-RAL-TGW | Urbanovsky et al v. Altadis U.S.A., Inc. et al |
| 8:11-cv-1952-RAL-MAP | Hartsfield v. Coast Dental Services, Inc. |

8:11-cv-1955-RAL-AEP    Thornberry v. Palisades Collection, LLC et al

8:11-cv-1956-RAL-MAP    Torres v. Aearo Technologies, LLC

8:11-cv-1959-RAL-TGW    Chase v. Receivables Performance Management, LLC

8:11-cv-1992-RAL-AEP    French v. Commissioner of Social Security

8:11-cv-2012-RAL-TGW    Porteus v. Secretary, Department of Corrections et al

8:11-cv-2019-RAL-TGW    HSBC Bank USA, National Association v. Ross et al

8:11-cv-2021-RAL-EAJ    Appel v. PNC Bank, N.A. et al

8:11-cv-2030-RAL-AEP    Hartman v. American Home Mortgage Servicing, Inc.

8:11-cv-2036-RAL-TBM    Tirado v. Commissioner of Social Security

8:11-cv-2038-RAL-MAP    Chambless, et al v. Florida Baptist Children's Homes, Inc.

8:11-cv-2050-RAL-TGW    Statzer et al v. Hartford Insurance Company of the Midwest

8:11-cv-2059-RAL-AEP    Kepecz v. Petsmart, Inc.

8:11-cv-2060-RAL-MAP    Tangredi et al v. Metropolitan Property and Casualty Insurance Company

8:11-cv-2076-RAL-TBM    Feeney et al v. American Diabetes Association, Inc.

8:11-cv-2102-RAL-AEP    Quest Nettech Corporation v. Valassis Communications, Inc. et al

8:11-cv-2116-RAL-EAJ    Dzon v. Page et al

8:11-cv-2141-RAL-TBM    Adams v. Publix Super Markets, Inc.

8:11-cv-2163-RAL-TBM    Salazar v. Secretary, Department of Corrections et al

8:11-cv-2164-RAL-AEP    Detres v. Monarch Recovery Management, Inc.

8:11-cv-2166-RAL-EAJ    Russ v. Wells Fargo Bank, N.A.

8:11-cv-2169-RAL-TGW    Couchara et al v. Griffin et al

8:11-cv-2186-RAL-AEP    United States of America v. Fava

8:11-cv-2211-RAL-MAP    United States Equal Employment Opportunity Commission v. Capri Home Care, Incorporated

8:11-cv-2253-RAL-TBM    Kempf v. Allegiant Air, LLC

8:11-cv-2260-RAL-AEP    Granger v. University of South Florida Board of Trustees

8:11-cv-2262-RAL-TBM    Kemp v. Travelers Indemnity Company of America

8:11-cv-2263-RAL-TBM    Schwartzman et al v. Hartford Insurance Company of the Midwest

8:11-cv-2281-RAL-AEP    Dukes v. Secretary, Department of Corrections et al

8:11-cv-2284-RAF-AEP   Mosaic Fertilizer, LLC v. International Chemical Workers Union Council, Local 35C

8:11-cv-2298-RAL-EAJ   Mathews v. Life Insurance Company of North America

8:11-cv-2309-RAL-TBM   Wood v. GC Services Limited Partnership et al

8:11-cv-2315-RAL-TBM   Quinones v. American Security Insurance Company

8:11-cv-2322-RAL   Bauman v. Gentry

8:11-cv-2329-RAL-AEP   Elliott v. Stoneybrook Golf & Country Club of Sarasota, Inc.

8:11-cv-2333-RAL-EAJ   David v. USAA Casualty Insurance Company

8:11-cv-2348-RAL-AEP   Bush v. Commissioner Social Security

8:11-cv-2376-RAL-TBM   Chartis Specialty Insurance Company v. Wave Technologies Communications, Inc. et al

8:11-cv-2382-RAL   U.S. Bank National Association v. Fiddler's Creek, LLC

8:11-cv-2396-RAL-MAP   Sentry Select Insurance Company v. Wave Technologies Communications, Inc. et al

8:11-cv-2401-RAL-TBM   Hayman v. Commissioner of Social Security

8:11-cv-2415-RAL-EAJ   Nunez v. Waste Services of Florida, Inc.

8:11-cv-2416-RAL-TGW   Shaw et al v. Baby Trend, Inc.

8:11-cv-2423-RAL-MAP   Mocco v. Commissioner Social Security

8:11-cv-2448-RAL-EAJ   Duldulao v. AHC 550 Tampa Management, LLC

8:11-cv-2460-RAL-TGW   Ramirez v. Commissioner of Social Security

8:11-cv-2462-RAL-MAP   Checkers Drive-In Restaurants, Inc. v. One Hundred Twenty, LLC et al

8:11-cv-2490-RAL-EAJ   Campanale et al v. Capital One Services, LLC

8:11-cv-2504-RAL-MAP   Bright et al v. Tampa Housing Authority of the City of Tampa et al

8:11-cv-2505-RAL-AEP   Davis-Grimplin v. Commissioner Social Security

8:11-cv-2514-RAL-AEP   Barron v. Tampa Bay Performing Arts Center, Inc.

8:11-cv-2532-RAL-MAP   Fuentes v. Geovera Specialty Insurance Company

8:11-cv-2547-RAL-EAJ   Veliz v. Commissioner Social Security

8:11-cv-2552-RAL-MAP   Dudley v. Eric K. Shinseki, Secretary, Department of Veterans Affairs

8:11-cv-2593-RAL-EAJ   Staley v. Life Insurance Company of North America

8:11-cv-2600-RAL   Murphy v. Yahoo, Inc.

8:11-cv-2622-RAL-AEP   Alliksen v. Commissioner of Social Security

8:11-cv-2640-RAL-MAP   Hilliard-McKettrick Investments, Inc. et al v. Edwards et al

8:11-cv-2641-RAL-EAJ   Gisi v. Secretary, Department of Corrections et al

8:11-cv-2644-RAL-MAP   Raetano v. University Collection CRP LLC

8:11-cv-2655-RAL-AEP   Greene v. Allstate Insurance Company

8:11-cv-2661-RAL-EAJ   Rodriguez v. AMPM Cleaning Solutions, LLC

8:11-cv-2672-RAL-TGW   Dresdner v. Publix Super Markets, Inc.

8:11-cv-2673-RAL-TBM   Mendez v. TFS Total Facility Services of GA, LLC

8:11-cv-2680-RAL-AEP   Bond Safeguard Insurance Company v. Ryan Group, LLC, et al

8:11-cv-2681-RAL-AEP   Sullivan et al v. Boston Scientific

8:11-cv-2683-RAL-TGW   Brown v. Surface Engineering & Alloy Company, Inc.

8:11-cv-2703-RAL-MAP   Dauval et al v. MRS BPO, L.L.C.

8:11-cv-2707-RAL-MAP   Reid v. Warner Southern College

8:11-cv-2711-RAL-AEP   CJUF III Atlas Portfolio LLC v. Roskamp

8:11-cv-2726-RAL-MAP   Buchbinder v. Connecticut General Life Insurance Company

8:11-cv-2728-RAL-TBM   Lorusso v. Marcvan Restaurants, Inc.

8:11-cv-2729-RAL-EAJ   Leone v. Blue Cross and Blue Shield of Florida

8:11-cv-2736-RAL-EAJ   Boles v. Secretary, Department of Corrections et al

8:11-cv-2740-RAL-EAJ   Knighton v. Commissioner of Social Security

8:11-cv-2741-RAL-TGW   Robinson v. Commissioner of Social Security

8:11-cv-2757-RAL-EAJ   Hill Nisan, Inc. V. Jenkins Nissan, Inc. et al

Exhibit B:
Civil cases to be reassigned to Judge Scriven from Judge Kovachevich

| | |
|---|---|
| 5:11-cv-91 EAK-TBS | Adams v. Ocala Community Care, et al |
| 5:11-cv-370 EAK-TBS | Hernandez v. USA |
| 8:05-cv-1460 EAK-TGW | Dornoch LTD v. Osting-Schwinn |
| 8:10-cv-92 EAK-MAP | Wiand v. Dancing $, LLC |
| 8:10-cv-245 EAK-MAP | Wiand v. Rowe, et al |
| 8:10-cv-1485 EAK-EAJ | Whaley v. Secretary of Health and Human Services |
| 8:10-cv-2134 EAK-AEP | Medina, et al v. Wright, et al |
| 8:10-cv-2429 EAK-MAP | D'Agaro Jacobs, et al v. Mentor Corporation, et al |
| 8:10-cv-2755 EAK-TBM | JP Morgan Chase Bank, N.A. v. Ligori, P.A., et al |
| 8:11-cv-52 EAK-TBM | Fountain v. City of Lakeland, et al |
| 8:11-cv-253 EAK-TGW | Martin v. Secretary, Department of Corrections, et al |
| 8:11-cv-477 EAK-TBM | Capdeville, et al v. Commissioner of Social Security |
| 8:11-cv-619 EAK-EAJ | Barnard v. AllianceOne Receivables Management, Inc. |
| 8:11-cv-777 EAK-AEP | Montoya v. Capital One Auto Finance |
| 8:11-cv-966 EAK-TBM | McLaughlin-Wolff v. Manorcare Health Services, Inc. |
| 8:11-cv-1139 EAK-TBM | Jones v. Commissioner of Social Security |
| 8:11-cv-1239 EAK-EAJ | Ferrer, et al v. Best Buy |
| 8:11-cv-1421 EAK-TBM | Wilson v. University Community Hospital, Inc., et al |
| 8:11-cv-1627 EAK-TGW | Solorzano v. Cheney Bros., Inc. |
| 8:11-cv-1759 EAK-EAJ | Cordero v. Physicians Group, LLC |
| 8:11-cv-1863 EAK-AEP | Parmley v. Visionworks, Inc. |
| 8:11-cv-1953 EAK-TGW | Gourdine v. West Marine Products, Inc. |
| 8:11-cv-2008 EAK-AEP | Direct USA, Inc v. Wells Fargo Bank, NA |
| 8:11-cv-2120 EAK-TGW | Walters v. Freeman, et al |
| 8:11-cv-2197 EAK-EAJ | Spagnolo v. Kablelink Communications, LLC |
| 8:11-cv-2247 EAK-TGW | Munoz v. Duffy, et al |
| 8:11-cv-2317 EAK-MAP | Johnson v. Shinseki |

| | |
|---|---|
| 8:11-cv-2371 EAK-AEP | Brace v. Secretary, Department of Corrections, et al |
| 8:11-cv-2449 EAK-TBM | Duldulao v. Office Depot, Inc, et al |
| 8:11-cv-2524 EAK-MAP | Brown v. Commissioner of Social Security |
| 8:11-cv-2586 EAK-TBM | Stewart, et al v. Bank of America, NA |

Exhibit C:
Civil cases to be reassigned to Judge Scriven from Judge Merryday

| | |
|---|---|
| 5:10-cv-638-SDM-TBS | McNair v. Secretary Department of Corrections, et al |
| 5:11-cv-435-SDM-TBS | Burton v. Secretary, Department of Corrections, et al |
| 8:07-cv-1429-SDM-EAJ | Burr v. Philip Morris, USA |
| 8:08-cv-2244-SDM-TGW | Chavez v. Secretary, Department of Corrections, et al |
| 8:09-cv-449-SDM-TGW | Gambuzza v. Higginbotham, et al |
| 8:09-cv-1328-SDM-AEP | Pina v. Secretary, Department of Corrections, et al |
| 8:10-cv-580-SDM-EAJ | USA v. Gordon |
| 8:10-cv-923-SDM-AEP | Linch v. Secretary, Department of Corrections, et al |
| 8:10-cv-1779-SDM-TGW | McRoy v. Secretary, Department of Corrections, et al |
| 8:10-cv-2053-SDM-TBM | Bord v. Secretary, Department of Corrections, et al |
| 8:10-cv-2552-SDM-TGW | Knight v. Secretary, Department of Corrections, et al |
| 8:10-cv-2882-SDM-TGW | Westlund v. Laboratory Corporation of America Holdings, et al |
| 8:11-cv-301-SDM | Brook v. JP Morgan Chase Bank, National Association, et al |
| 8:11-cv-536-SDM | Steffen v. Menchise |
| 8:11-cv-741-SDM-AEP | Tran Marine Tampa, LLC v. Marine Systems, Inc. |
| 8:11-cv-880-SDM-TBM | Borders v. Commissioner of Social Security |
| 8:11-cv-1065-SDM-TGW | HCA Health Services of Florida v. United Surgical Assistants, Inc. |
| 8:11-cv-1216-SDM-AEP | Wilson v. Commissioner of Social Security |
| 8:11-cv-1373-SDM-TBM | SunTrust Bank v. Gause |
| 8:11-cv-1538-SDM-EAJ | Beam v. John & Mable Ringling Museum of Art Florida State University |
| 8:11-cv-1663-SDM-TBM | Raetano v. Fowler Investment Partnership, et al |
| 8:11-cv-1787-SDM-TGW | Patram v. Sun Life Assurance Company of Canada |
| 8:11- cv-1921-SDM-EAJ | Direct Imaging Systems, Inc. v. Anajet, Inc. |
| 8:11-cv-2106-SDM-AEP | Kingham v. Tucker, et al |
| 8:11-cv-2178-SDM-TBM | DePalo v. Hunter Family Real Estate Investments, LLC |
| 8:11-cv-2248-SDM-MAP | Raulerson v. Dillard Smith Construction Company |
| 8:11-cv-2363-SDM-TGW | American Home Assurance Company v. All Directions Moving & Storage, Inc. |

| | |
|---|---|
| 8:11-cv-2443-SDM-MAP | Duldulao v. Marriot International, Inc., et al |
| 8:11-cv-2520-SDM-TBM | Williams v. Account Receivable Management, Inc. |
| 8:11-cv-2611-SDM-EAJ | Lord, et al v. Hess Corporation |

Case 8:10-cv-01541-MSS-TBM   Document 75   Filed 12/19/11   Page 11 of 20 PageID 1716

Exhibit D:
Civil cases to be reassigned to Judge Scriven from Judge Whittemore

| | |
|---|---|
| 5:11-cv-27 JDW-TBS | Byrd v. Warden, FCC Coleman - Low |
| 8:08-cv-2551 JDW-TGW | Sage v. Secretary, Department of Corrections, et al |
| 8:09-cv-1138 JDW-EAJ | Swisher v. Secretary, Department of Corrections, et al |
| 8:09-cv-2442 JDW-EAJ | Marston v. Hillsborough County Sheriff Dept., et al |
| 8:10-cv-496 JDW-TBM | Mitchell v. Secretary, Department of Corrections, et al |
| 8:10-cv-1363 JDW-TBM | Beck v. McNeil |
| 8:10-cv-1804 JDW-MAP | Walls v. State of Florida, et al |
| 8:10-cv-2027 JDW-AEP | Brown v. Lightning Express of FL, Inc |
| 8:10-cv-2161 JDW-AEP | Webster v. Secretary, Department of Corrections, et al |
| 8:10-cv-2488 JDW-TGW | Threatts v. Secretary, Department of Corrections, et al |
| 8:10-cv-2788 JDW-MAP | Partida et al v. Commissioner of Social Security, et al |
| 8:11-cv-13 JDW-MAP | Hilson, et al v. GEICO General Insurance Co. |
| 8:11-cv-209 JDW-MAP | Big Cat Rescue Corp. v. Big Cat Rescue Entertainment Group, Inc, et al |
| 8:11-cv-374 JDW-AEP | Hartford Underwriters Ins. Co. v. Baez, et al |
| 8:11-cv-588 JDW-TGW | Roberts v. Secretary, Departement of Corrections, et al |
| 8:11-cv-772 JDW-AEP | Mitchell v. Commissioner of Social Security |
| 8:11-cv-986 JDW-EAJ | Realhab, Inc. v. Sebelius |
| 8:11-cv-1183 JDW-TBM | Le v. Secretary, Department of Corrections |
| 8:11-cv-1311 JDW-EAJ | Gallagher v. Secretary, Department of Corrections, et al |
| 8:11-cv-1494 JDW-TBM | Capitol Infrastructure, LLC v. Bright House Networks, LLC |
| 8:11-cv-1677 JDW-TBM | Christ v. Brighthouse Networks, LLC, et al |
| 8:11-cv-1781 JDW-AEP | Petry v. Commissioner of Social Security |
| 8:11-cv-1887 JDW-TGW | Berry, et al v. State Farm Mutual Automobile Ins Co. |
| 8:11-cv-2073 JDW-TBM | Taylor v. Quality Specialty Pharmacy, Inc., et al |
| 8:11-cv-2136 JDW-TBM | Akram v. Specialty Restaurants Corp, et al. |
| 8:11-cv-2217 JDW-EAJ | Aurelio v. Besta One, LLC, et al |
| 8:11-cv-2323 JDW | Kulakowski v. United States Trustee TPA7 |

| | |
|---|---|
| 8:11-cv-2464 JDW-EAJ | Vanselous, et al v. Saxon Mortgage Services, Inc. |
| 8:11-cv-2495 JDW-TBW | USA v. Lezdey, et al |
| 8:11-cv-2587-JDW-TBM | Baroudi v. Shinseki |
| 8:11-cv-2675-JDW-TBM | Alvarez v. Commissioner of Social Security |

Exhibit E:
Civil cases to be reassigned to Judge Scriven from Judge Moody

| Case Number | Case Name |
|---|---|
| 8:07-cv-1823 JSM-MAP | Whitfield v. Secretary, Department of Corrections, et al |
| 8:08-cv-812 JSM-TGW | Stewart v. Brown & Williamson Tobacco Corp., et al |
| 8:09-cv-2621 JSM-TBM | Booth, et al v. Pasco County, Florida, et al |
| 8:10-cv-944 JSM-AEP | Espanol v. Avis Budget Group, Inc. |
| 8:10-cv-1516 JSM-TGW | Allstar Electronics, Inc. v. Honeywell Int'l Inc. |
| 8:10-cv-2298 JSM-EAJ | Textiles Morales, SA de CV v. Green Paradigm Partners, LLC, et al |
| 8:10-cv-2653 JSM-TBM | United Marine Marketing Group, LLC v. Jet Dock Systems, Inc. et al |
| 8:10-cv-2876 JSM-EAJ | Perry v. Southern Wine Spirits, et al |
| 8:11-cv-171 JSM-MAP | Gillins v. Secretary, Department of Corrections |
| 8:11-cv-387 JSM-MAP | Johnson v. Secretary, Department of Corrections |
| 8:11-cv-500 JSM-TBM | Dessaure v. Secretary, Department of Corrections et al |
| 8:11-cv-716 JSM-TBM | Osborne, et al v. Vericrest Financial, Inc. |
| 8:11-cv-913 JSM-TBM | Robinson v. Secretary, Department of Corrections, et al |
| 8:11-cv-1029 JSM-EAJ | Vealey v. Greystar Mgt Services, LP |
| 8:11-cv-1178 JSM-TBM | Walker v. Jackson |
| 8:11-cv-1295 JSM-AEP | Bowen v. Home Depot, USA, Inc. |
| 8:11-cv-1422 JSM-MAP | Schoonover v. MRS Associates, Inc. |
| 8:11-cv-1544 JSM-AEP | Villamil v. American Security Ins. Co. |
| 8:11-cv-1631 JSM-EAJ | Warren, et al v. The Hartford Ins. Co. of the Midwest |
| 8:11-cv-1782 JSM-TGW | Gibson v. Commissioner of Social Security |
| 8:11-cv-1852 JSM-TBM | Gooden, et al v. Accor North America, Inc., et al |
| 8:11-cv-1951 JSM-TBM | Hamil v. United Continental Holdings, Inc., et al |
| 8:11-cv-2080 JSM-MAP | Trent v. University of South Florida Board of Trustees |
| 8:11-cv-2161 JSM-TBM | Yantiss v. Smigelski, et al |
| 8:11-cv-2252 JSM-MAP | Griffith v. Kovachevich, et al |
| 8:11-cv-2373 JSM-EAJ | Sinibaldi, et al v. State Farm Mutual Automobile Ins. Co. |

| | |
|---|---|
| 8:11-cv-2456 JSM-EAJ | Hill v. FIA Card Services, NA |
| 8:11-cv-2515 JSM-EAJ | Grable, et al v. Northstar Location Services, LLC |
| 8:11-cv-2595 JSM-TGW | Balcom v. Commissioner of Social Security |
| 8:11-cv-2646 JSM-MAP | Grogg v. Gee, et al |

Exhibit F:
Civil cases to be reassigned to Judge Scriven from Judge Covington:

| Case Number | Case Name |
|---|---|
| 5:10-cv-542 VMC-TBS | Hollinger v. Warden, FCC Coleman - Medium |
| 5:11-cv-293 VMC-TBS | Aransevia v. Warden, FCC Coleman - Medium |
| 8:08-cv-1893 VMC-MAP | ALPS South, LLC v. The Ohio Willow Wood Company |
| 8:09-cv-2365 VMC-AEP | Johnson v. Hillsborough Community College |
| 8:10-cv-1482 VMC-TBM | Atkinson, et al v. Secretary, Department of Veterans Affairs |
| 8:10-cv-2094 VMC-TBM | Shimer v. Open Solutions, Inc. |
| 8:10-cv-2510 VMC-TBM | Preast, et al v. Commissioner of Social Security |
| 8:10-cv-2899 VMC-TGW | Corrado, et al v. The Royal George, LLC, et al |
| 8:11-cv-343 VMC-MAP | Hernandez v. Woody Bros. LLC, et al |
| 8:11-cv-516 VMC-EAJ | Formica, et al v. Rowe, et al |
| 8:11-cv-737 VMC-TBM | Global Organic Specialty Source, Inc. v. Organic Produce Buying Club of South Florida, et al |
| 8:11-cv-887 VMC-TGW | Joao Bock Transaction Systems, LLC v. US AmeriBank, et al |
| 8:11-cv-996 VMC-AEP | Access for the Disabled, Inc, et al v. Hotel Management, LLC |
| 8:11-cv-1168 VMC-MAP | Siegrist v. Life Insurance Co. of North America |
| 8:11-cv-1248 VMC-EAJ | Taylor v. Commissioner of Social Security |
| 8:11-cv-1405 VMC-MAP | Great American Ins. Co of NY v. Dolphin Towers Condo Assoc., Inc. |
| 8:11-cv-1482 VMC-EAJ | Higley v. Secretary, Department of Corrections, et al |
| 8:11-cv-1656 VMC-AEP | McCameron v. Commissioner of Social Security |
| 8:11-cv-1718 VMC-TGW | Labounty v. Commissioner of Social Security |
| 8:11-cv-1846 VMC-MAP | Licata v. Tri-State Employment Service, Inc, et al |
| 8:11-cv-1940 VMC-TBM | Frank v. Equip 2 Conceal Firearms Group LLC, et al |
| 8:11-cv-2009 VMC-MAP | Sayago, et al v. Wells Fargo Bank, NA |
| 8:11-cv-2100 VMC-AEP | Reassure America Life Ins. Co. v. Anderson, et al |
| 8:11-cv-2160 VMC-AEP | Davil v. US Parole Commission |
| 8:11-cv-2203 VMC-MAP | Access for the Disabled, Inc., et al v. J.H. Williams Oil Co., Inc. |
| 8:11-cv-2302 VMC-AEP | Foster v. Courtney, et al |

| | |
|---|---|
| 8:11-cv-2359 VMC-TBM | Stevens v. Commissioner Social Security |
| 8:11-cv-2414 VMC-TBM | Graham v. Professional Adjustment Corp. |
| 8:11-cv-2519 VMC-EAJ | Access for the Disabled, Inc., et al v. Welcome Hospitality of Sarasota |
| 8:11-cv-2588 VMC-EAJ | Black v. Commissioner Social Security |

Exhibit G:
Criminal cases to be reassigned to Judge Scriven from Judge Lazzara

| Case Number | Case Name |
|---|---|
| 8:69-cr-168 RAL | USA v. Delgado |
| 8:91-cr-266 RAL | USA v. Cruz |
| 8:92-cr-373 RAL | USA v. Ibarra-Perez, et al |
| 8:94-cr-197 RAL-EAJ | USA v. Sadlier, et al |
| 8:95-cr-124 RAL | USA v. Retiguin |
| 8:95-cr-145 RAL | USA v. Rodriguez, et al |
| 8:95-cr-182 RAL | USA v. Nguyen, et al |
| 8:96-cr-71 RAL-MAP | USA v. Voulgaris, et al |
| 8:97-cr-205 RAL-EAJ | USA v. Odeh |
| 8:97-cr-247 RAL-EAJ | USA v. Elremmash |
| 8:98-cr-67 RAL-TGW | USA v. Garcia-Milla |
| 8:98-cr-228 RAL-EAJ | USA v. Wynn, et al |
| 8:99-cr-302 RAL-TGW | USA v. Garcia-Milla |
| 8:01-cr-229 RAL EAJ | USA v. McFarlane |
| 8:02-cr-95 RAL-TGW | USA v. Khavin |
| 8:02-cr-280 RAL-TBM | USA v. Restrepo, et al |
| 8:02-cr-371 RAL-AEP | USA v. Lopez-Alzate, et al |
| 8:03-cr-37 RAL-EAJ | USA v. Ortega |
| 8:03-cr-87 RAL-MAP | USA v. Atia, et al |
| 8:04-cr-137 RAL-TBM | USA v. Finch |
| 8:05-cr-123 RAL-MAP | USA v. Gomez, et al |
| 8:05-cr-546 RAL-EAJ | USA v. Caruso, et al |
| 8:06-cr-26 RAL-TBM | USA v. Zapetis, et al |
| 8:06-cr-264 RAL | USA v. Leyva, et al |
| 8:06-cr-283 RAL-TGW | USA v. Williams-Reid |
| 8:06-cr-453 RAL-AEP | USA v. Angrilli, et al |

| | |
|---|---|
| 8:06-cr-487 RAL-AEP | USA v. Bosnjak |
| 8:06-cr-494 RAL-TBM | USA v. Panic |
| 8:07-cr-184 RAL-MAP | USA v. Gracia |
| 8:07-cr-204 RAL-TGW | USA v. Binzha-Dimas, et al |
| 8:07-cr-220 RAL-TGW | USA v. Magana, et al |
| 8:07-cr-268 RAL-TBM | USA v. Francois |
| 8:07-cr-309 RAL-TGW | USA v. Evora |
| 8:07-cr-368 RAL-TBM | USA v. Colon-Rohena, et al |
| 8:08-cr-172 RAL-EAJ | USA v. Gunter, et al |
| 8:08-cr-427 RAL-EAJ | USA v. Quiroz, et al |
| 8:08-cr-528 RAL-AEP | USA v. Breary, et al |
| 8:09-cr-214 RAL-TGW | USA v. Rivera-Ruiz |
| 8:09-cr-269 RAL-MAP | USA v. Arias, et al |
| 8:09-cr-278 RAL-TGW | USA v. Jackson |
| 8:09-cr-330 RAL-TBM | USA v. Berry, et al |
| 8:09-cr-444 RAL-MAP | USA v. Wetherholt, et al |
| 8:10-cr-66 RAL-MAP | USA v. Gonzalez-Rivas, et al |
| 8:10-cr-67 RAL-TBM | USA v. Lopez |
| 8:10-cr-402 RAL-TBM | USA v. Baez-Baez, et al |
| 8:11-cr-110 RAL-AEP | USA v. Gonzalez, et al |
| 8:11-cr-201 RAL-TGW | USA v. Fergerson |
| 8:11-cr-310 RAL-TGW | USA v. Crawford, et al |
| 8:11-cr-386 RAL-TBM | USA v. Richardson |
| 8:11-cr-415 RAL-AEP | USA v. Brooks, et al |
| 8:11-cr-418 RAL-AEP | USA v. Boozer |
| 8:11-cr-495 RAL-MAP | USA v. Smith |
| 8:11-cr-559 RAL-TBM | USA v. Harrington |
| 8:11-cr-609 RAL-EAJ | USA v. Collins, et al |

8:11-cr-613 RAL-MAP    USA v. Poore

8:11-cr-614 RAL-EAJ    USA v. Horan

8:11-cr-623 RAL-TBM    USA v. Richardson