**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

CASE NO.: 8 :10-CV-01541-RAL-TBM

NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, P.A. and COMMERCE and INDUSTRY
INS. CO.,

    Plaintiff,

vs.

ROBERT C. PATE, as Trustee for the WCI,
BETA CONSTRUCTION, LLC f/k/a BETA DRYWALL, LLC
and FINEST DRYWALL, INC.,

    Defendants.
_____/

**NOTICE OF CHANGE OF ADDRESS**

    YOU ARE HEREBY NOTIFIED that effective February 1, 2012, the LAW OFFICE OF ALEXIS GONZALEZ, P.A., formerly located at 9755 SW 40th Terrace, Miami, Florida 33165, has moved to ***3162 Commodore Plaza, Suite 3E, Coconut Grove, Florida 33133***, and all pleadings, motions, and other filings herein shall be served at counsel's new address.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail on this <u>24</u> day of February, 2012, upon:

Cindy L. Ebenfeld, Esq.,
11011 Sheridan Street
Suite 104
Cooper City, Florida 33026

Jocelyn P. Jopa, Esq.
Joseph Hinkhouse, Esq.
Hinkhouse Williams Walsh LLP
180 N Stetson Ave., Suite 3400,
Chicago, IL 60601

1

2

Anna M. Piazza, Esq.
Anderson Kill & Olick, PC,
1251 Avenue of the Americas
43rd Floor
New York, NY 10020

                      LAW OFFICE OF ALEXIS
                      GONZALEZ, P.A.
                      3162 Commodore Plaza, Suite 3E
                      Coconut Grove, Florida 33133
                      T: 305-223-9999
                      F: 305-223-1880


                      By: ____s/Lissette M. Carreras_____
                            Lissette M. Carreras, Esq.