UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and COMMERCE AND INDUSTRY INSURANCE COMPANY,**

    Plaintiff,

v.                                                    **Case No. 8:10-cv-1541-T-35TBM**

**BETA CONSTRUCTION LLC f/k/a BETA DRYWALL LLC, FINEST DRYWALL, INC., and ROBERT C. PATE, as Trustee for the WCI Chinese Drywall Trust,**

    Defendant.
_____/

## ORDER

**THIS CAUSE** comes before the Court for consideration of the Motion to Amend the Case Management and Scheduling Order by Robert C. Pate and Finest Drywall, Inc. ("Defendants"). (Dkt. 78)  Defendants request this Court to amend the Case Management and Scheduling Order ("CMSO") entered on October 6, 2010. (Dkt. 33) Defendants seek an extension of sixty (60) days for all the CMSO deadlines.  (Dkt. 78 at ¶ 11)

Defendants contend Plaintiffs have not responded sufficiently to Defendants' discovery requests.  Further, Defendants contend that if Plaintiffs were to "supplement their discovery responses prior to the discovery cut-off, insufficient time exits for Pate to review the responses, continue good faith discussions regarding any discovery deficiencies, and move to compel, if necessary." (Id. at ¶ 8)

The parties have had over a year to conduct discovery. Defendants assert Plaintiffs have responded to their requests with only partial document production. Yet, no motions to compel have been filed with the Court

Furthermore, Defendants' declaration that Plaintiffs were made aware of this Motion does not comply with the Court's Local Rule. Specifically, Local Rule 3.01(g) requires that each motion filed with the Court contain a certificate indicating that counsel **has conferred** with opposing counsel prior to the filing of the motion in a good faith effort to resolve the issues raised by the motion.

Upon consideration of the foregoing, it is hereby **ORDERED** that the Motion to Amend the Case Management and Scheduling Order by Robert C. Pate and Finest Drywall, Inc. (Dkt. 78) is **DENIED**.

**DONE** and **ORDERED** in Tampa, Florida, this 27th day of February 2012.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record
All *Pro Se* parties