UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and COMMERCE AND INDUSTRY INSURANCE COMPANY,<br><br>              Plaintiffs,<br><br>v.<br><br>BETA CONSTRUCTION LLC f/k/a BETA DRYWALL LLC; FINEST DRYWALL, INC.; and ROBERT C. PATE, as Trustee for the WCI Chinese Drywall Trust,<br><br>              Defendants. | CASE NO.: 8:10-cv-01541-RAL-TBM |

### JOINT MOTION TO STAY ACTION

National Union Fire Insurance Company of Pittsburgh, PA ("National Union") and Commerce and Industry Insurance Company ("Plaintiffs"), Defendant Robert C. Pate, as Trustee for the WCI Chinese Drywall Trust ("Pate"), and Defendant Finest Drywall, Inc. ("Finest") (collectively, the "Parties") respectfully move for a 60-day stay of this action. In support of this request, the Parties state as follows.

### MEMORANDUM OF LAW

1. Plaintiffs commenced this declaratory judgment action to determine their rights and obligations under certain insurance policies that they sold to Finest and Defendant Beta Construction LLC f/k/a Beta Drywall LLC.

2. National Union and Pate are parties to *Pate v. Am. Int'l Specialty Lines Ins. Co.*, C.A. No. 09-7791, which is part of the multidistrict litigation pending in the United States District Court for the Eastern District of Louisiana entitled *In Re Chinese Manufactured Drywall Products Liability Litigation*, MDL No. 2047.

3. Parties to MDL No. 2047 and to Florida cases concerning Chinese Drywall are currently

participating in global settlement discussions.

4. On December 15, 2011, Judge Eldon Fallon of the United States District Court for the Eastern District of Louisiana announced that the Plaintiffs' Steering Committee (the "PSC") and one of the Chinese drywall manufacturers (comprised of several Knauf entities) had reached a settlement. In addition, the PSC has engaged in global discussions with the installers, builders, developers, and their respective insurance carriers.

5. Both the PSC and Knauf have stated in open court that they will seek a nationwide stay of all state and federal cases pending the finalization of settlement. In fact, on January 10, 2012, Judge Fallon stayed all cases before him in the MDL pending the settlement discussions.

6. Accordingly, the Parties are in agreement that a 60-day stay of this action would be economic and efficient given the ongoing settlement discussions.

7. Pursuant to Loc. R. 3.01, Plaintiffs, Pate, and Finest are in agreement as to the relief sought herein.

WHEREFORE, Plaintiffs, Pate, and Finest respectfully request that this Court grant this motion and stay the action for 60 days.

Dated: February 28, 2012

RESPECTFULLY SUBMITTED BY:

| /s/ Anna M. Piazza<br>Robert M. Horkovich, Esq.<br>Anna M. Piazza, Esq.<br>Anderson Kill & Olick, P.C.<br>1251 Avenue of the Americas<br>New York, NY 10020<br>T: 212-278-1000<br>F: 212-278-1733<br>rhorkovich@andersonkill.com<br>apiazza@andersonkill.com | /s/ Frank E. Valenti<br>Joseph Hinkhouse, Esq.<br>Frank E. Valenti, Esq.<br>Hinkhouse Williams Walsh LLP<br>Two Prudential Center<br>180 North Stetson Avenue, Suite 3400<br>Chicago, IL 60601<br>T: 312-784-5451<br>F: 312-784-5499<br>fvalenti@hww-law.com<br>jhinkhouse@hww-law.com |
|---|---|

| *Trial counsel for Defendant Robert C. Pate, as Trustee for the Chinese Drywall Trust* | *Trial counsel for Plaintiffs National Union Fire Insurance Company of Pittsburgh, PA and Commerce and Industry Insurance Company* |
|---|---|
| /s/ Lissette M. Carreras<br>Alexis Gonzalez, Esq.<br>Lissette M. Carreras, Esq.<br>Law Office of Alexis Gonzalez, P.A.<br>3162 Commodore Plaza, Suite 3E<br>Coconut Grove, Florida 33133<br>T: 305-223-9999<br>F: 305-223-1880<br>alexis@aglawpa.com<br>lcarreras@aglawpa.com<br><br>*Trial counsel for Defendant Finest Drywall, Inc.* | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2012, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.

/s/ Anna M. Piazza
Anna M. Piazza