UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and COMMERCE AND INDUSTRY INSURANCE COMPANY,**

    Plaintiff,

v.                                                Case No. 8:10-cv-1541-T-35TBM

**BETA CONSTRUCTION LLC f/k/a BETA DRYWALL LLC, FINEST DRYWALL, INC., and ROBERT C. PATE, as Trustee for the WCI Chinese Drywall Trust,**

    Defendant.
_____/

## ORDER

**THIS CAUSE** comes before the Court for the parties' Joint Motion to Stay Action. (Dkt. 82) Plaintiffs and Defendants Robert C. Pate, as Trustee for the WCI Chinese Drywall Trust and Finest Drywall, Inc. (the "Parties") seek a sixty (60) stay of this action. The Parties contend the 60-day stay would be "economic and efficient given the ongoing settlement discussions" in the multidistrict litigation pending in the Eastern District of Louisiana of which the Parties are involved. (Dkt. 82 at ¶¶ 2, 6)

Upon consideration of the foregoing, it is hereby **ORDERED** as follows:

1. The parties' Joint Motion to Stay Action (Dkt. 82) is **GRANTED**.

2. This case is hereby **STAYED** for sixty (60) days from the date of this Order.

3. This extension will not expand the timeframe within which the parties will be required to complete discovery and file motions and prepare for trial once the case is reopened. Just by way of example, if the discovery deadline expires in

thirteen days, the parties will have thirteen days to complete discovery if and when the stay in this matter is lifted in the event the settlement discussions are not fruitful.

**DONE** and **ORDERED** in Tampa, Florida, this 29th day of February 2012.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record
All *Pro Se* parties