UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA and
COMMERCE AND INDUSTRY INSURANCE
COMPANY,

    Plaintiffs,

v.

BETA CONSTRUCTION LLC f/k/a BETA
DRYWALL LLC; FINEST DRYWALL, INC.;
and ROBERT C. PATE, as Trustee for the WCI
Chinese Drywall Trust,

    Defendants.

CASE NO.: 8:10-cv-01541-RAL-TBM

## JOINT MOTION TO CONTINUE STAY

National Union Fire Insurance Company of Pittsburgh, PA ("National Union") and Commerce and Industry Insurance Company ("Plaintiffs"), Defendant Robert C. Pate, as Trustee for the WCI Chinese Drywall Trust ("Pate"), and Defendant Finest Drywall, Inc. ("Finest") (collectively, the "Parties") respectfully move for an additional 60-day stay of this action. In support of this request, the Parties state as follows.

## MEMORANDUM OF LAW

1.    Pursuant to the Parties' previously filed motion to stay, this Court stayed this action for 60 days pending the global settlement discussion occurring in MDL 2047 and throughout Florida pertaining to Chinese drywall claims/lawsuits.

2.    The Parties hereby advise that they are participating in the process of reaching a putative global settlement in accordance with Judge Fallon's Order dated December 15, 2011. A proposed draft settlement agreement has been circulated among the parties. As such, the Parties request that the Court keep the previously ordered stay for an additional 60 days. If the global settlement were to unfold or not receive final approval by the Honorable Judge Eldon Fallon, the Parties shall notify the court

nydocs1-987521.4

immediately.

WHEREFORE, Plaintiffs, Pate, and Finest respectfully request that this Court grant this motion and stay the action for an additional 60 days.

Dated:   May 3, 2012

RESPECTFULLY SUBMITTED BY:

| /s/ Anna M. Piazza<br>Robert M. Horkovich, Esq.<br>Anna M. Piazza, Esq.<br>Anderson Kill & Olick, P.C.<br>1251 Avenue of the Americas<br>New York, NY 10020<br>T: 212-278-1000<br>F: 212-278-1733<br>rhorkovich@andersonkill.com<br>apiazza@andersonkill.com<br><br>*Trial counsel for Defendant Robert C. Pate, as Trustee for the Chinese Drywall Trust* | /s/ Frank E. Valenti<br>Joseph Hinkhouse, Esq.<br>Frank E. Valenti, Esq.<br>Hinkhouse Williams Walsh LLP<br>Two Prudential Center<br>180 North Stetson Avenue, Suite 3400<br>Chicago, IL 60601<br>T: 312-784-5451<br>F: 312-784-5499<br>fvalenti@hww-law.com<br>jhinkhouse@hww-law.com<br><br>*Trial counsel for Plaintiffs National Union Fire Insurance Company of Pittsburgh, PA and Commerce and Industry Insurance Company* |
|---|---|
| /s/ Lissette M. Carreras<br>Alexis Gonzalez, Esq.<br>Lissette M. Carreras, Esq.<br>Law Office of Alexis Gonzalez, P.A.<br>3162 Commodore Plaza, Suite 3E<br>Coconut Grove, Florida 33133<br>T: 305-223-9999<br>F: 305-223-1880<br>alexis@aglawpa.com<br>lcarreras@aglawpa.com<br><br>*Trial counsel for Defendant Finest Drywall, Inc.* | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2012, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.

/s/ Anna M. Piazza
Anna M. Piazza