UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and COMMERCE AND INDUSTRY INSURANCE COMPANY,**

    Plaintiff,

v.                                                                                       Case No. 8:10-cv-1541-T-35TBM

**BETA CONSTRUCTION LLC f/k/a BETA DRYWALL LLC, FINEST DRYWALL, INC., and ROBERT C. PATE, as Trustee for the WCI Chinese Drywall Trust,**

    Defendant.

_____/

### ORDER

**THIS CAUSE** comes before the Court for the parties' Joint Motion to Stay Action. (Dkt. 84) Plaintiffs and Defendants Robert C. Pate, as Trustee for the WCI Chinese Drywall Trust and Finest Drywall, Inc. (the "Parties") seek a stay of this action for an additional sixty (60) days. Upon consideration of the foregoing, it is hereby **ORDERED** as follows:

1. The parties' Joint Motion to Stay Action (Dkt. 84) is **GRANTED**.

2. This case is hereby **STAYED** for sixty (60) days from the date of this Order.

**DONE** and **ORDERED** in Tampa, Florida, this 14th day of May 2012.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record
All *Pro Se* parties