## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA and
COMMERCE AND INDUSTRY INSURANCE
COMPANY,

                Plaintiffs,

    v.

BETA CONSTRUCTION LLC f/k/a BETA
DRYWALL LLC; FINEST DRYWALL, INC.;
and ROBERT C. PATE, as Trustee for the WCI
Chinese Drywall Trust,

                Defendants.

CASE NO.: 8:10-cv-01541-RAL-TBM

## JOINT MOTION TO IMPLEMENT / CONTINUE STAY OF ACTION

National Union Fire Insurance Company of Pittsburgh, PA ("National Union") and

Commerce and Industry Insurance Company ("Plaintiffs"), Defendant Robert C. Pate, as Trustee

for the WCI Chinese Drywall Trust ("Pate"), and Defendant Finest Drywall, Inc. ("Finest")

(collectively, the "Parties") respectfully move for an additional stay of this action. In support of

this request, the Parties state as follows:

## MEMORANDUM OF LAW

1.     On May 3, 2012, the Parties filed a joint motion to stay the action pending the

global settlement discussions occurring in MDL 2047 and throughout Florida pertaining to

Chinese drywall claims and lawsuits. (DE 84). The Court granted the motion. (D.E. 85).

2.     The Parties hereby advise the Court that preliminary global settlement discussions

continue and are ongoing. A proposed settlement has been reached between the PSC and the

Participating Suppliers, Builders and Installers, and Participating Insurers, and Judge Fallon

preliminarily approved the proposed Global Settlement on May 31, 2012.

3.     On June 4, 2012, Judge Fallon entered an Order (1) setting a Consolidated

Fairness Hearing, (2) establishing coordinated Opt Out, Objection and Briefing Deadlines, and (3) entering a Litigation Stay in favor of settling parties.  Paragraph 6 of Judge Fallon's Order stays and enjoins prosecution of all claims relating to Chinese Drywall by (a) a class member in any of the proposed class action settlements against a settling defendant or its insurers in any of the proposed class action settlements, and (b) a claim by any party in the supply chain or its insurers against a settling defendant or its insurers.

4.      The opt-out period will run from August 29, 2012 to September 28, 2012.  A formal Joint Fairness Hearing with respect to the proposed settlements, including the proposed Global Settlement, has been scheduled for November 13, 2012, for the Court to consider comments on and objections to the proposed settlements, to consider whether to approve the class settlements, to finally certify the settlement classes, and to enter orders and judgments provided for in each of the class settlements.

5.      In accordance with the stay ordered by Judge Fallon on June 4, 2012, the Parties respectfully request that the stay entered herein be extended and/or reinstated, pending the outcome of the November 13, 2012 Joint Fairness Hearing.

RESPECTFULLY SUBMITTED BY:

| /s/ Anna M. Piazza | /s/ Frank E. Valenti |
|---|---|
| Robert M. Horkovich, Esq. | Joseph Hinkhouse, Esq. |
| Anna M. Piazza, Esq. | Frank E. Valenti, Esq. |
| Anderson Kill & Olick, P.C. | Hinkhouse Williams Walsh LLP |
| 1251 Avenue of the Americas | Two Prudential Center |
| New York, NY  10020 | 180 North Stetson Avenue, Suite 3400 |
| T: 212-278-1000 | Chicago, IL  60601 |
| F: 212-278-1733 | T: 312-784-5451 |
| rhorkovich@andersonkill.com | F: 312-784-5499 |
| apiazza@andersonkill.com | fvalenti@hww-law.com |
| | jhinkhouse@hww-law.com |
| | |
| *Trial counsel for Defendant Robert C. Pate, as* | *Trial counsel for Plaintiffs National Union* |
| *Trustee for the Chinese Drywall Trust* | *Fire Insurance Company of Pittsburgh, PA and* |

| | *Commerce and Industry Insurance Company* |
|---|---|
| /s/ Lissette M. Carreras<br>Alexis Gonzalez, Esq.<br>Lissette M. Carreras, Esq.<br>Law Office of Alexis Gonzalez, P.A.<br>3162 Commodore Plaza, Suite 3E<br>Coconut Grove, Florida 33133<br>T:  305-223-9999<br>F:  305-223-1880<br>alexis@aglawpa.com<br>lcarreras@aglawpa.com<br><br>*Trial counsel for Defendant Finest Drywall, Inc.* | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2012, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.

/s/ Anna M. Piazza

Anna M. Piazza

nydocs1-991932.1