UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and COMMERCE AND INDUSTRY INSURANCE COMPANY,**

    Plaintiff,

v.                                                      **Case No. 8:10-cv-1541-T-35TBM**

**BETA CONSTRUCTION LLC f/k/a BETA DRYWALL LLC, FINEST DRYWALL, INC., and ROBERT C. PATE, as Trustee for the WCI Chinese Drywall Trust,**

    Defendants.
_____/

## ORDER

**THIS CAUSE** comes before the Court for the parties' Joint Motion to Implement/Continue Stay of Action. (Dkt. 87) Plaintiffs and Defendants Robert C. Pate, as Trustee for the WCI Chinese Drywall Trust and Finest Drywall, Inc. (the "Parties") seek to a stay in this action until November 13, 2012.

On February 29, 2012, this Court granted the Parties a stay in this case for sixty days pending the outcome of the settlement discussions in the multidistrict litigation pending in the Eastern District of Louisiana ("MDL 2047 litigation"). (Dkt. 83) On May 14, 2012, the Court granted the Parties another sixty-day stay pending the outcome of the settlement discussions. (Dkt. 85) The Parties advise that a settlement was reached and on May 31, 2012, a settlement agreement was preliminarily approved by the court handling the MDL 2047 litigation. In its Order, the court set a (1) Consolidated Fairness Hearing, (2) established coordinated opt out, objection and briefing deadlines, and (3)

entered a litigation stay in favor of the settling parties. (Dkt. 87 at ¶ 3)  The Consolidated Fairness Hearing is scheduled for November 13, 2012.  Therefore, the Parties request that in accordance with the stay ordered in the MDL 2047 litigation this Court stay this case pending the outcome of the Consolidated Fairness Hearing.

Upon consideration of the foregoing, it is hereby **ORDERED** as follows:

1. The Parties' Joint Motion to Implement/Continue Stay of Action (Dkt. 87) is **GRANTED**.
2. This case is hereby **STAYED**.
3. The Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case.
4. The Parties shall file a motion to reopen this case to proceed with the litigation or file a motion seeking whatever other relief would be appropriate within **fourteen (14) days** after the November 13, 2012, Consolidated Fairness Hearing.

**DONE** and **ORDERED** in Tampa, Florida, this 24th day of July 2012.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record
All *Pro Se* parties